AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  S7 15 Cr. 379 (PKC) |
| JUAN ORLANDO HERNANDEZ A/K/A JOH | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUAN ORLANDO HERNANDEZ A/K/A JOH.

Date: 04/21/2022

*Attorney's signature*

RAYMOND L. COLON, ESQ.
*Printed name and bar number*

131 PUGSLEY AVENUE
BRONX, NEW YORK 10473

*Address*

RLCOLONESQ@AOL.COM
*E-mail address*

(917) 418-4701
*Telephone number*

*FAX number*

Scanned with CamScanner