UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA,
                       Plaintiff,

            v.

JUAN ORLANDO HERNANDEZ
        A/K/A JOH,
                    Defendant,
----------------------------------------------X

**CONSENT TO PROCEED
BY TELEPHONE CONFERENCE**

Case No.: S7 15 CR 379 (PKC)

DEFENDANT, <u>JUAN ORLANDO HERNANDEZ A/K/A JOH</u>, hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- [x] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

JUAN ORLANDO HERNANDEZ
Print Defendant's Name

RAYMOND L. COLON, ESQ.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

_____
Date

_____
U.S. Magistrate Judge

Scanned with CamScanner