UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

United States of America,

                        Plaintiffs,

        -against-

Juan Orlando Hernandez,
   a/k/a "JOH,"

                        Defendant.

S7 1:15-cr-00379 (PKC)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      A Microsoft Teams link was sent to all counsel of record for today's initial appearance at 3:00 p.m. Members of the public may use the following dial-in information: (877) 336-1829 and enter access code 9129042.

**SO ORDERED.**

Dated:      New York, New York
              April 22, 2022

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge