March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

JUAN ORLANDO
HERNANDEZ        Defendant(s).
-------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

15 -CR- 379 (PKC)

Defendant __JUAN ORLANDO HERNANDEZ__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_[signature: Raymond L. Colon d/b/o Juan Orlando Hernandez]_     _[signature: Raymond L. Colon]_
Defendant's Signature                                                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JUAN ORLANDO HERNANDEZ            RAYMOND L. COLON, ESQ.
Print Defendant's Name                                  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/22/2022                                        _[signature]_
Date                                                      U.S. Magistrate Judge