

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2022

**BY ECF & EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

      The Government respectfully writes, pursuant to the Court's order at the arraignment and status conference on May 10, 2022, to provide information about restrictions originally placed on the defendant at the Metropolitan Detention Center ("MDC"), and an update on the defendant's current housing situation at the facility. (*See* Tr., dated May 10, 2022, at 10). As explained below, while the defendant was temporarily in a restricted housing unit █████████████████████ ████, he is now in a unit with the same rules and regulations as the general inmate population.

      On May 11, 2022, the Government conferred with MDC legal counsel and learned that, upon arriving at the MDC, the defendant was temporarily placed in the Special Administrative Measures ("SAMs") unit. ████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

      While temporarily in the SAMs unit, the defendant's access to phones, emails, and visitation was subject to certain restrictions. ██████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████[1] Upon learning of these conditions, and the defendant's placement in the SAMs unit, the Government requested that MDC expedite its assessment of the defendant's housing and move him out of the SAMs unit as soon as

---

[1] Defense counsel also previously asserted that deposits into the defendant's commissary were restricted, but advised the Government on May 12, 2022 that there were no longer issues with the defendant's commissary.

possible, and advised defense counsel of the information it had received.  On May 13, 2022, the MDC moved the defendant to another housing unit that has the same rules regarding visits, email access, and phone usage as the general population at MDC.  The Government promptly advised defense counsel of this information.

The Government remains available to address any questions or concerns.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     /s/_____
Jacob H. Gutwillig
Michael D. Lockard
Jason A. Richman
Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-1036

cc:     Defense Counsel (by ECF)