

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2022

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Juan Orlando Hernandez, a/k/a "JOH,"**
                **S7 15 Cr. 379 (PKC)**

Dear Judge Castel:

    Attached please find a proposed Protective Order for your Honor's consideration. The parties have signed the proposed Order.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

            By:  /s/
                Jacob Gutwillig
                Michael D. Lockard
                Jason A. Richman
                Elinor Tarlow
                Assistant United States Attorneys
                (212) 637-2215 / -2193 / -2589 / -1036

cc:    Raymond Colon, Esq. (by ECF)