# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▮▮▮▮▮▮▮▮

**Subject:**

▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮▮▮
MessageID: ▮▮▮▮▮▮
Sender: ▮▮▮▮
Recipient: ▮▮▮▮▮
Date: Jun 23, 2016 15:42:48

▮▮▮   No le a yegado 1 palo para deposito cuas -- Ya vio d esos ud cuas -- Son 300
Have you receive 1 palo for deposit cuas? -- Have you seen those cuas -- They are 300



**Author:** ▮▮▮▮▮▮▮▮▮    **Date Saved:** 6/24/2016  4:17:38PM

**Original Language:** Spanish

Page 1 of 1

**UpdatedPin:**
**Notified Pin(s):**
**Date:** Thu, 23 Jun 2016 15:44:39
**Direction:** Outgoing
**File Name:**



# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:**

**Subject:**

**Summary:**

ConversationID:
MessageID: -
Sender:
Recipient:
Date: Jun 23, 2016 16:07:44

    Aun me tiene en espera mi cliente cuas -- Fijate que no cuas pero se ven buenos
My client still has me waiting cuas -- Cuas, look I haven't but they do look good.

    Si cuas 300 me estan dando d esos ami -- AhÃ estan en sps ya -- Cuas y un palo ahÃ no le tiene ud para ir aser eso a sps yo
Yes cuas, they are giving me of those 3000 -- They are there in SPS already -- Cuas and one palo there, do you have it? So that I can do that at SPS, myself

| | |
|---|---|
| **Author:** | **Date Saved:** 6/24/2016  4:19:36PM |
| | **Original Language:** Spanish |

# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▮▮▮▮▮

**Subject:**
▮▮▮▮▮ | ▮▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮▮
MessageID: -▮▮▮▮▮
Sender: ▮▮▮▮▮
Recipient: ▮▮▮▮▮
Date: Jun 23, 2016 16:29:03

▮▮▮▮▮　Si cuas teneme paciencita porfavor--Mira que nunca nos habia pasado esto
Yes cuas, be patient please--You know that it hasn't eve occurred before

▮▮▮▮▮　Si cuas nunca--Cuas para cuando mas omenos abra para depositar asi yo hablo con el y no lo estoy chingando a ud--Pork me da pena estarlo molestando a ud con lo puntual k es ud para pagarme siempre
Yes cuas, never--Cuas when it would be something to deposit, more or less? So that I can talk with him and I'm not bothering you--Because I feel bad bothering you, since you are always very punctual to pay me

▮▮▮▮▮　Si te digo dia exacto te mentiria cuas--Es que esta gente no me dice a mi--Cuando siento me estan pidiendo numeros--Lo que si te prometo que lo primero que me den es pa vos
If I give you an exact day I would be lying to you cuas--It's just that these people don't tell me--When I least expect it they are asking me numbers--What I promise you is that the first one that they give me it will be for you

▮▮▮▮▮　Si cuas ayudeme en eso k al nomas tenga algo me lo pase
Yes cuas, help me out with that, as soon as you have something, send it to me

▮▮▮▮▮

**Author:** ▮▮▮▮▮　　　　　　　　　　　**Date Saved:**　6/23/2016　12:47:06PM
　　　　　　　　　　　　　　　　　　　　　　**Original Language:**　Spanish

Page 1 of 1

# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▬▬▬▬

**Subject:**

▬▬▬▬

**Summary:**

ConversationID: ▬▬▬▬
MessageID: - ▬▬▬▬
Sender ▬▬▬▬
Recipient: ▬▬▬▬
Date: Jun 23, 2016 16:39:48


▬▬▬▬   Si cuas conta con eso
Yes cuas, count on that

▬▬▬▬   Asi no agarro esos 300 va cuas
So I won't take those 300 right cuas?

▬▬▬▬   Ahorita me gustaria pagarte antes de comprometerme con mas cuas
Right now I would like to pay you, before I get committed with more cuas


**Author:** ▬▬▬▬      **Date Saved:**  6/23/2016  1:10:01PM

**Original Language:**  Spanish

Page 1 of 1

# TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:** ▮▮▮▮▮

**Subject:**
▮▮▮▮▮ ▮▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮▮
MessageID: ▮▮▮▮▮
Sender: ▮▮▮
Recipient: ▮▮▮
Date: Jun 23, 2016 18:22:46

[Casual greeting]

▮▮▮  Una pregunta para yo no estarle mintiendo a este sr
One question, so to not lie to this guy

▮▮▮  Aja
Aha

▮▮▮  El me dise k le pregunte k para cuantos dias mas esperams--Pork asi no lo molesto a ud ni le miento a el
He is asking me to ask you how many more days they have to wait--So that I don't bother you and I don't lie to him

▮▮▮  Es que mira pues a mi la gente no me dice dia exacto porque no les gusta decir ni cuando sale el trans--Mira nomas lo que me dicen--No compita no ay movimiento pero esta semana empieza o moverse todo vien primero dios
Well, look the people don't tell me an exact day because they don't even like to say when the trans leaves--Look what they tell me--"No buddy, there is not movement but this week it will get started to move if everything is all right, God willing"

▮▮▮  Si claro cuaas yo entiendo eso
Yes of course cuas, I understand that

▮▮▮  Si fuera manejo mio vos sabes que entre nosotros nos decimos la realidad
If it was my deal, you know that we say the reality between both of us

▮▮▮  Mire lo k me dise el cuas--Y lo k ud me dise yo se lo digo a el--Como nunca los avia pasado d esperar asi por eso es--Pero ahÃ k esperar cuas y como
Look, what the dude tells me--And what you tell me, I tell him--Since we have never made them wait like this--But we have to wait cuas, there isn't another option

| | | | |
|---|---|---|---|
| **Author:** | ▮▮▮▮▮ | **Date Saved:** | 6/23/2016  4:01:05PM |
| | | **Original Language:** | Spanish |

## TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:** ▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇  Si cuas yo lo entiendo a el tambien--Si cuas no nos queda de otra--Pero pronto salimos primero Dios
Yes cuas, I also understand him--Yes cuas, we don't have any other option--But we'll be done with this soon, God willing

▇▇▇▇▇▇  A ud lo tienen en espera y ud ami y yo a el y el a otro pues esto asi es ba
They have you waiting and you have me waiting and I have him waiting and he has another waiting and like that, this is like this right?

▇▇▇▇▇▇  Las cosas aqui estan seguras--Jajajajajajajaja sin pajas es una escalera esto
Things are safe here--Hahahahah no kidding, this is a chain

| Author: | ▇▇▇▇▇▇▇▇ | Date Saved: | 6/23/2016  4:01:05PM |
|---|---|---|---|
| | | Original Language: | Spanish |

# TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:** ▇▇▇▇▇▇

**Subject:**
▇▇▇▇▇▇ | ▇▇▇▇▇▇

**Summary:**

ConversationID: ▇▇▇▇
MessageID: ▇▇▇▇
Sender: ▇▇▇▇
Recipient: ▇▇▇▇
Date: Jun 23, 2016 18:31:11

▇▇▇▇    Si cuas d eso yo no tengo duda ninguna--Solo k a el tengo k contestarle yo va--Pork si no le leo los msj como ase otra jente puues no se puede--Yo el tras k me escrive le contesto pork va y piensa mal k le a perdido algo uno va--Es mi obligacion estarle a el contando va cuas
Yes cuas, I don't have any doubt about that--It's just that I have to answer him now--Because if I don't read his messages, as other people do, well it is not possible--I answer him as soon as he sends a message because then he thinks bad, or he can think that I lose something--It is my responsibility to keep him posted

▇▇▇▇    Si cuas igual soy yo
Yes cuas, same here

▇▇▇▇    Me esta pidiendo 500 el para sps--K ud me dijo k no tenia--Casi se pone a yorar cuando le dije k no tenia
He is asking me 500 to SPS--That you told me that you didn't have--He almost cried when I told him that you/I didn't have any

▇▇▇▇    Estoy en verga cuas te lo juro
I'm hauling fucking ass cuas, I swear

▇▇▇▇    Pork me pregunto si no tenia 500 yo para aca
Because he asked me if I had 500 to over here

▇▇▇▇    Tengo invertida toda la plata--Vos crees que yo voy a querer quedarte mal a vos
I have all the money invested--Do you think that I want to let you down?

▇▇▇▇    Si yo se cuas k si ud los tuviera ahí d una me los manda
Yes, I know cuas, if you had them you would send them to me right away

▇▇▇▇ : Con el trabajo que me as dado--Jamas
With all the work that you have given to me--Never

**Author:** ▇▇▇▇▇▇    **Date Saved:**  6/23/2016   4:16:46PM

**Original Language:**   Spanish

Page 1 of 2

## TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:**

▓▓▓   No yo se k no cuas ni yo a el si estams en las mismas--El el el unico k me da ami y pues yo como kerer kedarle mal verdad pero mal no estams kedando cuas atraso avido
No, I know cuas, and neither would I, we are at the same situation--He is the only one who gives me and well, how come I will want to let him down? But we are not in bad terms cuas, it has been a delay

▓▓▓   Asi es cuas--Primero Dios pronto vamos a salir de esto
Right cuas--God willing we'll be done with this soon

| | |
|---|---|
| **Author:** ▓▓▓ | **Date Saved:** 6/23/2016   4:16:46PM |
| | **Original Language:** Spanish |

# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▮▮▮▮▮▮▮▮

**Subject:**
▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮▮▮
MessageID: ▮▮▮▮▮▮
Sender: ▮▮▮▮
Recipient: ▮▮▮▮
Date: Jun 23, 2016 18:50:41

▮▮▮▮  Cuas y si le digo a este sr k el domingo cuas -- Pork el esta fregando k kiere k le diga un dia -- Asi ud considera su jente -- Si pieden solucionarle a ud ya para ese dia

Cuas, and do I tell this guy that this Sunday cuas? -- Because he's pestering that he wants a day -- This way you can consider your people -- If they can solve it for you for that day.

▮▮▮

| | | |
|---|---|---|
| **Author:** ▮▮▮▮▮▮ | **Date Saved:** | 6/23/2016  4:12:30PM |
| | **Original Language:** | Spanish |

Page 1 of 1

# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▮▮▮▮▮

**Subject:**
▮▮▮▮▮ | ▮▮▮▮▮ ]

**Summary:**

ConversationID: ▮▮▮▮▮
MessageID: -▮▮▮▮▮
Sender: ▮▮▮
Recipient: ▮▮▮
Date: Jun 23, 2016 19:05:25


▮▮▮▮▮    El domingo ni trabajan esos charrudos pisados cuas -- No me gustaria darte dia que no me gusta ser mentiroso
Those hillbillies don't work on Sunday cuas -- I don't like giving you a day because I am not a lier.


▮▮▮ : Pero asu conosimiento cuas pork si le caera -- A ud papel pues yo aca lo voy a dejar a sps
But in you estimate cuas because it should happen -- For you to get paper, well me over here I am going to leave it as SPS


▮▮▮


| | |
|---|---|
| **Author:** ▮▮▮▮▮ | **Date Saved:** 6/23/2016   4:20:59PM |
| | **Original Language:** Spanish |

Page 1 of 1

## TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:**

**Subject:**

**Summary:**

ConversationID:
MessageID:
Sender:
Recipient:
Date: Jun 23, 2016 19:17:30

Y esta jente esta necia cuas k les vaya a recojer 200 cosas
And these people are stubborn cuas, asking to go and pick up 200 things



| | |
|---|---|
| **Author:** | **Date Saved:** 6/23/2016  4:19:01PM |
| | **Original Language:** Spanish |

# TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:** ▮▮▮▮▮▮▮

**Subject:**
▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮▮
MessageID: ▮▮▮▮▮
Sender: ▮▮▮▮
Recipient: ▮▮▮▮
Date: Jun 23, 2016 19:27:47

▮▮▮▮  D las k le mande la foto
From the ones from the picture that I sent

▮▮▮▮  Lo que te puedo decir que conta con lo primero que me caiga
What I can tell you is for you to count with whatever comes first

▮▮▮▮  Gracias cuas
Thank you cuas

▮▮▮▮  Ya sabes cuas
You know cuas

▮▮▮▮  Cuas si agarro esos 200 ahí- manda por eyos mañana oye--Yo los voy a mandar aver como estan
Cuas, if I get those 200 there, send someone for them tomorrow --I'll send someone to look and see how they are

▮▮▮▮  Pero esperate que salgamos de esto cuas que mucha presion
But wait for us to get rid of this cuas, there is too much pressure

▮▮▮▮ :  Si tiene razon cuas
Yes cuas, you are right

▮▮▮▮  Ya se va aflojar esto
This is going to get smooth

▮▮▮▮  Dios primero cuas
God willing cuas

▮▮▮▮  Amen
Amen

**Author:** ▮▮▮▮▮▮▮▮▮▮   **Date Saved:**  6/23/2016  4:26:19PM
**Original Language:**  Spanish

## TRANSLATION SUMMARY

<span style="color:red">Minimized - US Person information contained herein</span>

**Case Number:**

| | |
|---|---|
| **Author:** | **Date Saved:** 6/23/2016  4:26:19PM |
| | **Original Language:** Spanish |

# TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:** ▮▮▮▮

**Subject:**
▮▮▮▮

**Summary:**

ConversationID: ▮▮▮▮
MessageID: -▮▮▮▮
Sender: ▮▮▮
Recipient: ▮▮▮
Date: Jun 23, 2016 20:16:26
Subject:
Original Message:

▮▮▮▮ : Cuas -- Una pregunta -- De casualidad no tenes vos la foto de los del fierro de la vaca
Cuas -- A question -- By any chance, do you have the picture of the iron of the cow?

▮▮▮   Ya mire cuas
I saw cuas.

▮▮▮▮ : Haceme el favor
Do me that favor.

▮▮▮   Mire k d todo tengo menos d eso -- Pero dejeme ver
Look, I have of everything except of that. -- But let me see.

**Author:** ▮▮▮▮         **Date Saved:**    6/23/2016    6:38:02PM

**Original Language:**    Spanish

Page 1 of 1

# TRANSLATION SUMMARY

**Minimized - US Person information contained herein**

**Case Number:** █████████

**Subject:**
████████ | █████████████

**Summary:**

ConversationID: ███████
MessageID: -███████
Sender: █████
Recipient: ████
Date: Jun 23, 2016 20:24:05
Subject:
Original Message:

█████████████: Ok
Okay.

██████: Si tengo cuas
I do have it cuas.

█████████████: Es que me estan pidiendo una foto pero tengo guardado eso -- Y pa no sacarlo solo por eso -- Deberas? -- Mandamela cuas
It's because they are asking me for a picture but I have that saved. -- And to not take it out just for that. -- Really? -- Send it to me cuas.

██████ Asepteme el pin viejo -- En el pin k cabien las tengo
Accept me the pin old man. -- I have them in the pin that I changed.

█████████████: Ok cuas
Okay cuas.

██████ Solo lo actvo y le mando la imvitacion
I will only activate it and I'll send you the invitation.

█████████████: Ok cuas gracias
Okay cuas thank you.

| | | | |
|---|---|---|---|
| **Author:** ████████████ | | **Date Saved:** | 6/23/2016   6:39:36PM |
| | | **Original Language:** | Spanish |

Page 1 of 2

## TRANSLATION SUMMARY

Minimized - US Person information contained herein

**Case Number:**  ▮▮▮▮▮▮▮▮▮

▮▮▮▮  Ya le mande la imvitacion -- Aseptela
I sent you the invitation already. -- Accept it.

▮▮▮▮▮▮▮▮▮▮ : Ya cuas
There cuas.

▮▮▮▮  Ok cuas ahí- estams
Okay cuas, we're there.

▮▮▮▮▮▮▮▮▮▮ : Gracias cuas
Thank you cuas.

| | |
|---|---|
| **Author:** ▮▮▮▮▮▮▮▮▮ | **Date Saved:**   6/23/2016  6:39:36PM |
| | **Original Language:**   Spanish |