APPROXIMATE DATE:	June 23, 2016

APPLICATION:	BlackBerry Messenger

PARTICIPANTS:	Male-1 (in Honduras)
	Male-2 (in Guatemala)



1

| Participant | Translation | Original Communication |
|---|---|---|
| 1. Male-1: | Haven't you received 1 *palo* for deposit, cuas? -- Have you seen those already, cuas? -- There are 300. | No le a yegado 1 palo para deposito cuas -- Ya vio d esos ud cuas -- Son 300 |
| 2. | | |
| 3. Male-1: | [image of a rectangular package with an "H" marking] | [image of a rectangular package with an "H" marking] |
| 4. | | |
| 5. Male-2: | My client still has me waiting, cuas. -- Cuas, look that's a no, but they look good. | Aun me tiene en espera mi cliente cuas -- Fijate que no cuas pero se ven buenos |
| 6. | | |
| 7. Male-1: | Yes, cuas, they are giving me 300 of those. -- They are there at SPS already. -- Cuas, and one *palo* there, don't you have it, so that I can go do that at SPS myself? | Si cuas 300 me estan dando d esos ami -- Ahí estan en sps ya -- Cuas y un palo ahí no le tiene ud para ir aser eso a sps yo |
| 8. | | |
| 9. Male-2: | Yes, cuas, be patient with me, please. -- You know that this had never happened to us before. | Si cuas teneme paciencita porfavor--Mira que nunca nos habia pasado esto |
| 10. | | |
| 11. Male-1: | Yes cuas, never. -- Cuas, when will there be something to deposit, approximately? So that I can talk to him, and I'm not bothering you. -- Because I feel bad bothering you, when you are always so punctual in paying me. | Si cuas nunca--Cuas para cuando mas omenos abra para depositar asi yo hablo con el y no lo estoy chingando a ud--Pork me da pena estarlo molestando a ud con lo puntual k es ud para pagarme siempre |

2

|     | Participant | Translation | Original Communication |
|-----|-------------|-------------|------------------------|
| 1.  | Male-2:     | If I gave you an exact day, I would be lying to you, cuas. -- It's just that these people don't tell me. -- When I *siento,* they are asking me for numbers. -- What I do promise you is that the first thing that they give me will be for you. | Si te digo dia exacto te mentiria cuas--Es que esta gente no me dice a mi--Cuando siento me estan pidiendo numeros--Lo que si te prometo que lo primero que me den es pa vos |
| 2.  |             |             |                        |
| 3.  | Male-1:     | Yes, cuas, help me out with that. As soon as you have something, give it to me. | Si cuas ayudeme en eso k al nomas tenga algo me lo pase |
| 4.  |             |             |                        |
| 5.  | Male-2:     | Yes, cuas, count on that. | Si cuas conta con eso |
| 6.  |             |             |                        |
| 7.  | Male-1:     | So I won't take those 300, right cuas? | Asi no agarro esos 300 va cuas |
| 8.  |             |             |                        |
| 9.  | Male-2:     | Right now, I would like to pay you before I commit to more, cuas. | Ahorita me gustaria pagarte antes de comprometerme con mas cuas |
| 10. |             |             |                        |
| 11. | Male-1:     | One question, so that I don't lie to this guy. | Una pregunta para yo no estarle mintiendo a este sr |
| 12. |             |             |                        |
| 13. | Male-2:     | Yes? | Aja |
| 14. |             |             |                        |
| 15. | Male-1:     | He is asking me to ask you how many more days we have to wait. -- That way I won't bother you and I won't lie to him. | El me dise k le pregunte k para cuantos dias mas esperams--Pork asi no lo molesto a ud ni le miento a el |
| 16. |             |             |                        |
| 17. | Male-2:     | Well, the thing is that the people don't tell me an exact day because they don't even like to say when the ship leaves -- Look, what they tell me is just -- "No, buddy, there is no movement, but this week it will start moving just fine, God willing." | Es que mira pues a mi la gente no me dice dia exacto porque no les gusta decir ni cuando sale el trans--Mira nomas lo que me dicen--No compita no ay movimiento pero esta semana empieza o moverse todo vien primero dios |
| 18. |             |             |                        |
| 19. | Male-1:     | Yes, of course, cuas. I understand that. | Si claro cuaas yo entiendo eso |

3

| | Participant | Translation | Original Communication |
|---|---|---|---|
| 1. | Male-2: | If I was managing it, you know that between you and I we always tell each other what the reality is. | Si fuera manejo mio vos sabes que entre nosotros nos decimos la realidad |
| 2. | | | |
| 3. | Male-1: | Look what the dude tells me. -- And what you tell me, I tell him. -- Since this had never happened that they had to wait like this, that's why. -- But we have to wait, cuas and how. | Mire lo k me dise el cuas--Y lo k ud me dise yo se lo digo a el--Como nunca los avia pasado d esperar asi por eso es--Pero ahÃ k esperar cuas y como |
| 4. | | | |
| 5. | Male-2: | Yes, cuas, I understand him too. -- Yes, cuas, we don't have any other option. -- But we'll be done with this soon, God willing. | Si cuas yo lo entiendo a el tambien--Si cuas no nos queda de otra--Pero pronto salimos primero Dios |
| 6. | | | |
| 7. | Male-1: | They have you waiting, and you have me waiting, and I have him waiting, and he has someone else waiting, that's the way it goes, right? | A ud lo tienen en espera y ud ami y yo a el y el a otro pues esto asi es ba |
| 8. | | | |
| 9. | Male-2: | Things are safe here. -- Haha, no kidding. This is a ladder. | Las cosas aqui estan seguras--Jajajajajajajaja sin pajas es una escalera esto |
| 10. | | | |
| 11. | Male-1: | Yes, cuas, I have no doubt about that. -- It's just that I am the one who has to answer him, you know. -- Because if I don't read his messages, as other people do, well that's not possible. -- I answer him as soon as he sends a message because if not he might get the wrong idea, that I lost something you know. -- It is my responsibility to keep him posted, you know, cuas. | Si cuas d eso yo no tengo duda ninguna--Solo k a el tengo k contestarle yo va--Pork si no le leo los msj como ase otra jente puues no se puede--Yo el tras k me escrive le contesto pork va y piensa mal k le a perdido algo uno va--Es mi obligacion estarle a el contando va cuas |
| 12. | | | |
| 13. | Male-2: | Yes, cuas, I'm the same. | Si cuas igual soy yo |
| 14. | | | |
| 15. | Male-1: | He is asking me for 500 for SPS, which you told me that you didn't have. -- He almost started crying when I told him that I didn't have any. | Me esta pidiendo 500 el para sps--K ud me dijo k no tenia--Casi se pone a yorar cuando le dije k no tenia |
| 16. | | | |

4

| | Participant | Translation | Original Communication |
|---|---|---|---|
| 1. | Male-2: | I'm hauling fucking ass cuas, I swear. | Estoy en verga cuas te lo juro |
| 2. | | | |
| 3. | Male-1: | Because he asked me whether I had 500 over here. | Pork me pregunto si no tenia 500 yo para aca |
| 4. | | | |
| 5. | Male-2: | I have all the money invested. Do you think that I would want to let you down? | Tengo invertida toda la plata--Vos crees que yo voy a querer quedarte mal a vos |
| 6. | | | |
| 7. | Male-1: | Yes, I know cuas, that if you had them you would send them to me right away. | Si yo se cuas k si ud los tuviera ahÃ- d una me los manda |
| 8. | | | |
| 9. | Male-2: | With the work that you have given me? -- Never. | Con el trabajo que me as dado--Jamas |
| 10. | | | |
| 11. | Male-1: | No, I know cuas, and neither would I to him, we are in the same situation. -- He is the only one who gives to me, and well, why would I ever want to let him down? But we are not letting anyone down, cuas. There has been a delay. | No yo se k no cuas ni yo a el si estams en las mismas--El el el unico k me da ami y pues yo como kerer kedarle mal verdad pero mal no estams kedando cuas atraso avido |
| 12. | | | |
| 13. | Male-2: | That's right, cuas. God willing, we'll be done with this soon. | Asi es cuas--Primero Dios pronto vamos a salir de esto |
| 14. | | | |
| 15. | Male-1: | Cuas, and what if I tell this man this Sunday, cuas? -- Because he's pestering me and saying that he wants me to name a day. -- This way you can think of your people. -- Whether they can solve this for you by that day. | Cuas y si le digo a este sr k el domingo cuas -- Pork el esta fregando k kiere k le diga un dia -- Asi ud considera su jente -- Si pieden solucionarle a ud ya para ese dia |
| 16. | | | |
| 17. | Male-2: | Those hillbillies don't even work on Sundays, cuas. -- I wouldn't want to name a day for you because I do not like to lie. | El domingo ni trabajan esos charrudos pisados cuas -- No me gustaria darte dia que no me gusta ser mentiroso |
| 18. | | | |
| 19. | Male-1: | But as far as you know, cuas because if you will. -- Get some paper, well, I can go leave it at SPS. | Pero asu conosimiento cuas pork si le caera -- A ud papel pues yo aca lo voy a dejar a sps |

5

| | Participant | Translation | Original Communication |
|---|---|---|---|
| 1. | Male-1: | And these people are stubborn, cuas, asking me to go and pick up 200 things. | Y esta jente esta necia cuas k les vaya a recojer 200 cosas |
| 2. | | | |
| 3. | Male-1: | Of the ones that I sent you a picture of. | D las k le mande la foto |
| 4. | | | |
| 5. | Male-2: | What I can tell you is that you should count on the first thing that I get. | Lo que te puedo decir que conta con lo primero que me caiga |
| 6. | | | |
| 7. | Male-1: | Thank you, cuas. | Gracias cuas |
| 8. | | | |
| 9. | Male-2: | You know it, cuas. | Ya sabes cuas |
| 10. | | | |
| 11. | Male-1: | Cuas, if I grab those 200 there, send someone for them tomorrow, right? -- I'm going to send them to see how they are. | Cuas si agarro esos 200 ahÃ- manda por eyos maÃ±ana oye--Yo los voy a mandar aver como estan |
| 12. | | | |
| 13. | Male-2: | But wait for us to be done with this, cuas, too much pressure. | Pero esperate que salgamos de esto cuas que mucha presion |
| 14. | | | |
| 15. | Male-1: | Yes, cuas, you are right. | Si tiene razon cuas |
| 16. | | | |
| 17. | Male-2: | This is going to calm down. | Ya se va aflojar esto |
| 18. | | | |
| 19. | Male-1: | God willing, cuas. | Dios primero cuas |
| 20. | | | |
| 21. | Male-2: | Amen. | Amen |