```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    PROTECTIVE ORDER
                                    :
     - v. -                         :    S7 15 Cr. 379 (PKC)
                                    :
JUAN ORLANDO HERNANDEZ,             :
     a/k/a "JOH,"                   :
                                    :
                    Defendant.      :
------------------------------------X
```

Whereas the Court has reviewed the Government's September 13, 2022 application for a protective order (the "September 13, 2022" Application), including in camera review of the September 13, 2022 Ex Parte Declaration and its attachments,

Whereas the Court finds that the Government has adduced a sufficient basis for proceeding ex parte with respect to Exhibit A of the September 13, 2022 Application and for maintaining Exhibit A to the September 13, 2022 Application under seal,

Whereas the Court finds that the Government has established good cause for the requested protective order,

IT IS HEREBY ORDERED that, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Government may refrain from producing to the defendant the application to intercept electronic communications pursuant to Title III of the United States Code that was submitted as part of Exhibit A to the September 13, 2022 Application; and

IT IS FURTHER ORDERED that Exhibit A to the September 13, 2022 Application shall be maintained under seal. Based on the contents of the September 13, 2022 Application, the Court finds that the presumption in favor of open records is outweighed by the risk that disclosure could compromise ongoing investigations and pose risks to the safety of others.

Dated: New York, New York
      September __, 2022

                                      _____
                                      HONORABLE P. KEVIN CASTEL
                                      United States District Judge
                                      Southern District of New York