UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                         S7 15 CR 379 (PKC)

      -against-                                                   ORDER

JUAN ORLANDO HERNANDEZ,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The conference previously scheduled for October 27, 2022 is adjourned to November 15, 2022 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reason for this finding is that the grant of the continuance is needed for the undersigned to comply with the Court's covid protocol.  Accordingly, the time between today and November 15, 2022 is excluded.

        SO ORDERED.

                                                    P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           October 24, 2022