UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              15-cr-379 (PKC)

      -against-

                                              <u>ORDER</u>

JUAN ORLANDO HERNANDEZ,

            Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has received the government's letter of January 3, 2023 seeking an adjournment of the April 24, 2023 trial date.  The trial remains as scheduled.  The Court will hear the parties on January 10, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
           January 4, 2023