

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2023

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:  *United States v. Juan Orlando Hernandez*, S7 15 Cr. 379 (PKC)**

Dear Judge Castel:

    The Government respectfully requests that the Court enter the enclosed protective order governing the handling of material to be produced by the Government pursuant to the Jencks Act and *Giglio*.  Defense counsel has consented to the entry of this order on behalf of the defendant.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By:    /s/
    Jacob H. Gutwillig
    David J. Robles
    Elinor L. Tarlow
    Assistant United States Attorneys
    (212) 637-1036

Cc:    Defense Counsel
        (Via ECF)