UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                              15 CR 379 (PKC)

        -against-                               ORDER

JUAN ORLANDO HERNANDEZ,
MAURICIO HERNANDEZ PINEDA, and
JUAN CARLOS BONILLA VALLADARES,

                      Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Any defendant wishing to move for a severance shall do so by February 21, 2023.  Government shall respond by March 22, 2023.

        SO ORDERED.

                                                      /s/ P. Kevin Castel
                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           January 10, 2023