# EXHIBIT C

APPROXIMATE DATE:   February 6, 2014

PARTICIPANTS:   Juan Antonio Hernandez Alvarado ("Defendant")
Devis Leonel Rivera Maradiaga ("Rivera")
Juan Manuel Avila Meza ("Avila")
Oscar Ramirez, a/k/a "Alero" ("Ramirez")
Edgardo Perez ("Perez")
Unidentified Male-1 ("UM1")

ABBREVIATIONS:   [U/I]   -   Unintelligible
[I/I]   -   Unintelligible in Spanish
[PH]   -   Phonetic spelling
[//]   -   Voice overlap begins



GOVERNMENT
EXHIBIT
401-T
S2 15 Cr. 379 (PKC)

1

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | | [U/I] | [I/I] |
| 2. | Rivera: | Have a seat here, [U/I]. | Siéntese aquí, [I/I]. |
| 3. | UM1: | Fine, thank God. You could sit here if you like. | Bien, gracias a Dios. Si quiere siéntese aquí. |
| 4. | | [U/I]. | [I/I]. |
| 5. | Rivera: | Huh? | ¿Uh? |
| 6. | UM1: | [U/I]. | [I/I]. |
| 7. | Rivera: | No, right here at the same table. | No, aquí en la fuga. |
| 8. | | [U/I (0:12 to 0:21)] | [I/I (0:12 to 0:21)] |
| 9. | Avila: | Mr. Avila, Esq. | El abogado Ávila. |
| 10. | Defendant: | Yes, it's a pleasure. Talk to me. | Sí, mucho gusto. Dígame. |
| 11. | | [U/I]. | [I/I]. |
| 12. | Avila: | And you know the guy from here. | Y usted conoce él de acá. |
| 13. | | [U/I]. | [I/I]. |
| 14. | Rivera: | Yes, nice to meet you. | Sí, mucho gusto. |
| 15. | Defendant: | It's a pleasure. | Es un placer. |
| 16. | Ramirez: | Just come over here so the man can give you a quick explanation. | Si quiere véngase para acá para que el hombre le explique aquí rapidito. |
| 17. | Defendant: | Yes, [U/I]. | Sí, [I/I]. |
| 18. | Rivera: | Can I get by? | Permisito. |
| 19. | | [00:35] | [00:35] |
| 20. | | [U/I]. | [I/I]. |
| 21. | | [0:42] | [0:42] |
| 22. | Perez: | What was taken away from the companies… you know, between 2010 and 2012… | A las empresas les quitaron… bien, entre el 2010 y el 2012… |
| 23. | Defendant: | Um-hum. | Ujú. |
| 24. | | [A cellular telephone rings (0:47)] | [suena un teléfono móvil (0:47)] |
| 25. | Perez: | …and we have the papers [U/I]… | …y tenemos la documentación [I/I]… |
| 26. | | [U/I]. | [I/I]. |
| 27. | Defendant: | Roads? | ¿Carreteras? |
| 28. | Perez: | Yes. | Sí. |
| 29. | Defendant: | Walter Maldonado? | ¿Walter Maldonado? |
| 30. | | [1:09] | [1:09] |

2

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Perez: | [U/I]. Walter and the guy who [U/I] are involved, uh… so, it's… [U/I]. | [I/I]. Está Watler y el que [I/I]. Entonces, eh… está…  [I/I]. |
| 2. | Defendant: | So, we have to… are we going to have to…? We're going to have to move them over. | Hay que… ¿será qué…? Hay que darles traspaso. |
| 3. | Rivera: | So, you're saying we're going to have to move them over so the other one remains. | Hay que darles el traspaso para que ya quede la otra, dice usted. |
| 4. | | [U/I (01:47)] | [I/I (01:47)] |
| 5. | Perez: | We're lending you those papers… // | Le estamos presentando estos documentos… // |
| 6. | Defendant: | \\ So the payments can be issued in the name of the other one. | // Para que salgan los pagos a nombre de la otra. |
| 7. | Perez: | Yes, that's right. | Sí, exactamente. |
| 8. | | [U/I (01:52)] | [I/I (01:52)] |
| 9. | Rivera: | It's been approved. It's been approved in the Fondo Vial and they already have their F01s. | Ya está aprobada, en el Fondo Vial ya está aprobada. Y ya tienen los F01s. |
| 10. | | [01:57] | [01:57] |
| 11. | | [U/I]. | [I/I]. |
| 12. | Rivera: | Is he going to give me his approval? | ¿Él me va a dar su aprobación? |
| 13. | Defendant: | [U/I]. | [I/I]. |
| 14. | Rivera: | Um-hum. | Ujú. |
| 15. | Perez: | [U/I] his approval. | [I/I] su aprobación. |
| 16. | Rivera: | Uh-hum. | Ujú. |
| 17. | Perez: | Or in any case, speak to the authorities about the [U/I] agencies… | O en todo caso, hablar con las autoridades de las agencias [I/I]… |
| 18. | Defendant: | [U/I]. It's Hugo's people. It's Hugo's people. | [I/I]. Es la gente de Hugo. Es la gente de Hugo. |
| 19. | Perez: | Just as an example, he… he'll give you something. | Un ejemplo, él… él les da algo. |
| 20. | Rivera: | Um-hum. | Ujú. |
| 21. | Defendant: | And I'll be having a meeting there. I now have the contract. // | Y ahí yo tengo una reunión; ya tengo el contrato. // |

3

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Perez: | Mm, if that's the case, talk to them so they know what our proposal is and get it [U/I]. | Mm, si es así, habla con ellos para que ellos ya sepan cuál es la propuesta que tenemos y lo consigue [I/I]. |
| 2. | Defendant: | Some… some of them already have F01s. | En… en algunos ya hay F0Is. |
| 3. | | [02:30] | [02:30] |
| 4. | Perez: | Right. | Sí. |
| 5. | Defendant: | Uh… // | Eh… // |
| 6. | Rivera: | \\ Perez, show them to him so he can take a look at them. | \\ Pérez, muéstreselos para que él los vea. |
| 7. | | [U/I (03:06)] | [I/I (03:06)] |
| 8. | Rivera: | Show him the same thing you showed me. | Muéstrele lo mismo que me enseñó a mí. |
| 9. | Defendant: | So, are there any copies of them? | ¿Y andan algunas copias de ésas? |
| 10. | Rivera: | Everything. | Todo. |
| 11. | Perez: | I scanned all of this and everything. | Todo esto lo tengo escaneado y todo. |
| 12. | Rivera: | Right, look, you see? | Sí, mire, ¿ve? |
| 13. | | [U/I]. | [I/I]. |
| 14. | Perez: | There's a debt of six million seven hundred thousand lempiras in the Fondo Vial, of which [U/I]. | En el Fondo Vial hay la deuda de seis millones setecientos mil lempiras, de los cuales [I/I]. |
| 15. | | [A cellular telephone rings (03:32)] | [Suena un teléfono móvil en el fondo a los (03:32)] |
| 16. | Perez: | Since this is the last estimate, we're still [U/I]. And this is the only thing that's making them [U/I]. | Como ésta es la última estimación, estamos todavía [I/I]. Y esto es lo único que los tiene [I/I]. |
| 17. | | [03:44] | [03:44] |
| 18. | | [U/I (03:51)] | [I/I (03:51)] |
| 19. | Defendant: | These are the F01s. | Estos son los F01s. |
| 20. | | [03:53] | [03:53] |
| 21. | Perez: | The ones that are right here. They go into a lot of detail. Those who have contracts, those who've been paid and those who owe. | Los que están acá. Estos están bien detallados. Los contratados, los pagados y los que los deben. |
| 22. | | [04:03] | [04:03] |

4

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | | [U/I]. | [I/I]. |
| 2. | Perez: | But this says that… since the SIAFI is… was waiting to hear… [U/I]. That's why they still haven't gotten their F01… but it's going to get issued. // | Pero esto dice que… como el SIAFI está… estaba pendiente… [I/I]. Por eso es que todavía no los ha salido el F01… pero va a salir. // |
| 3. | | [04:23] | [04:23] |
| 4. | Defendant: | \\ Let me see… | \\ A ver… |
| 5. | Perez: | I don't know if [U/I]. // | No sé si [I/I]. // |
| 6. | Defendant: | OK, so… | Ahora… |
| 7. | | [04:26] | [04:26] |
| 8. | Perez: | \\ And here's the authorization. | \\ Y aquí está la autorización. |
| 9. | Defendant: | OK, but as far as this goes, you guys are going to give me a copy, right? | Pero de esto, me van a entregar copia, ¿verdad? |
| 10. | | [04:33] | |
| 11. | Perez: | No, this is for you. // | No, es que esto es suya. // |
| 12. | Defendant: | \\ Oh, this is mine, huh? | \\ Ah, ¿ésta es la mía, ya? |
| 13. | Perez: | Here's the authorization where the [U/I]. | Aquí está la autorización donde el [I/I]. |
| 14. | | [04:38] | [04:38] |
| 15. | Defendant: | Let me ask you something. I'm not sure whether I really understood what you said. The other company is already registered, right? | Ah, una consulta. No sé si le entendí bien. La otra empresa ya está registrada, ¿sí? |
| 16. | Rivera: | It's already registered, yes. // | Ya está registrada, sí. // |
| 17. | Perez: | \\ It has projects that have already been set up [U/I]. | \\ Eso tiene proyectos formados [I/I]. |
| 18. | | [04:47] | [04:47] |
| 19. | Rivera: | With Fondo Vial and SOPTRAVI. Um-hum. | Con Fondo Vial y SOPTRAVI. Ujú. |
| 20. | Perez: | It's already been approved. That's right. | Está precalificada. Sí. |
| 21. | Defendant: | Ok. Perfect. | Ok. Perfecto. |
| 22. | | [04:53] | [04:53] |
| 23. | Perez: | And here's the authorization where… uh, the company is authorizing [U/I]? So it can be paid there. This one represents less than 30%. // | Y aquí está la autorización donde… eh, la empresa la autoriza a [I/I] para que pague allí. Ésta representa menos del 30%. // |

5

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Defendant: | \\ Have you presented that there yet? | \\ ¿Ya presentaron eso ahí? |
| 2. | Perez: | No. | No. |
| 3. | Defendant: | You have to present this. | Esto hay que presentarlo. |
| 4. | Perez: | [U/I] has come. This represents less than 30% where [U/I]… You know contractual law 07, [U/I] and a maximum of 40. These people [U/I]. | [I/I] ha llegado. Esto representa menos del 30 por ciento donde [I/I]… Tú sabes, la ley de contratación 07, [I/I] y máximo el 40. Esta gente [I/I]. |
| 5. | | [05:20] | [05:20] |
| 6. | Defendant: | Uh-huh. | Ajá. |
| 7. | Perez: | Huh? No, 40. There's 30, 40. [U/I] SOPTRAVI, which is 30 and Fondo Vial, which is 40 … [U/I] which is within the ranges [U/I]… and it appears there. And about the, the name of the… of the other subcontract… and what the other company will sign. And that's it. [U/I]. And then [U/I] you. | ¿Ah? No, del 40. Hay 30, 40. [I/I] SOPTRAVI, que es el 30 y Fondo Vial es 40… [I/I] sí está adentro de los rangos [I/I]…. y que aparece. Y del, del nombre del… del otro subcontrato… y lo que firme la otra empresa. Y ya. [I/I] Y de aquí [I/I] usted. |
| 8. | | [U/I]. | [I/I]. |
| 9. | | [A cellular telephone rings (06:05)] | [Suena un móvil en el fondo (06:05)] |
| 10. | Perez: | Here's a [U/I] contract, always by the same company… [U/I]. | Aquí está un [I/I] contrato, siempre por la misma empresa… [I/I]. |
| 11. | | [06:21] | [06:21] |
| 12. | Defendant: | That doesn't matter if it's going to be in payments. | Eso no importa si va a ser en pagos. |
| 13. | Rivera: | Right, it doesn't matter. | Sí, no importa. |
| 14. | Defendant: | Two, three… [U/I]. // | Dos, tres… [I/I]. // |
| 15. | Rivera: | Uh-huh. | Ajá. |
| 16. | Defendant: | \\ …that's what's being done right now with [U/I]. | \\ …eso es lo que se está haciendo ahorita con [I/I]. |
| 17. | | [06:27] | [06:27] |
| 18. | Perez: | And actually, it would be with [U/I]… since we're talking about this kind of project. [U/I] They always do that [U/I]… | Sí de hecho, sería con [I/I]… ya con este tipo de proyecto. [I/I] Siempre lo hacen [I/I]… |

6

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | | [6:34] | [6:34] |
| 2. | Perez: | [U/I] …six point two million that don't have [U/I], which we don't have. [U/I] Because we were still waiting for the new authorities. I mean, that's what they're saying they're going to be. | [I/I] …seis punto dos millones que no tienen [I/I], que no tenemos. [I/I] Porque todavía estábamos esperando las nuevas autoridades. Como dicen que van a ser. |
| 3. | Defendant: | No, we were talking yesterday and I'm even more sure that it's going to be according to the instructions given by Engineer Ordonez, which we already know, and by Walter. | No, ahí ayer estuvimos hablando y estoy más seguro va a ser con las instrucciones del Ingeniero Ordóñez, que ya se sabe, y Walter. |
| 4. | Perez: | Walter. Well, so then that would be… through… through a [U/I]… | Walter. Bueno, que ya sería… que… que a través de un [I/I]… |
| 5. | Rivera: | Right. | Sí. |
| 6. | | [07:17] | [07:17] |
| 7. | Perez: | [U/I] Because the thing is to talk to these people. [U/I] | [I/I] Porque la cosa es hablar con la gente. [I/I] |
| 8. | | [07:21] | [07:21] |
| 9. | Rivera: | Here you are. Just give him the green light, buddy, and just let us know, um, you know, 'cause Walter already knows what company it is… // | Ahí tiene. Que le dé luz verde, verdad, güiro, y que solo avise, pues, ah, Walter ya sabe cuál es la empresa… // |
| 10. | Ramirez: | Right. | Sí. |
| 11. | Rivera: | \\ No problem. | \\ No hay pedo. |
| 12. | Ramirez: | Right. | Sí. |
| 13. | | [07:31] | [07:31] |
| 14. | Rivera: | So, with this thing, with Hugo Ardon, there's not going to be any problem. | Y con esto, con Hugo Ardón no hay problema. |
| 15. | Ramirez: | Right. | Sí. |
| 16. | Rivera: | No, so it's already been discussed, you know. | No, y ya es hablado, pues. |
| 17. | | [07:33] | [07:33] |
| 18. | Ramirez: | Right. | Sí. |

7

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Rivera: | This is a matter of him giving the green light [U/I], let the Engineer talk to him and give him the green light. | Esto es de que él dé luz verde [I/I] que el Ingeniero hable con él, y que le dé luz verde. |
| 2. | | [U/I (07:54)] | [I/I (07:54)] |
| 3. | Ramirez: | No, no, there's no need. [U/I]… We checked him out thoroughly. [U/I] who… whoever does more there. [U/I] 'cause he said to me, he said to me: "There's no need to justify it. I mean, aren't they asking him for [U/I]?" Of course, they are. | No, no, no hay necesidad. [I/I]… Está bien chequeado. [I/I]… el… el que haga más ahí. [I/I] porque él me dice, me dice: "No hay necesidad de justificarlo, pues no le están pidiendo [I/I]?" Pues, sí. |
| 4. | Rivera: | That's right. No, so then, you tell him that he and Walter should just give him the green light. | Sí. No, entonces, dígale que solo le dé luz verde con Walter. |
| 5. | | [08:09] | [08:09] |
| 6. | Ramirez: | And the Engineer will be fixed. | Y el Ingeniero arreglado. |
| 7. | Rivera: | Tell him there's no need, 'cause I'll pay him. | Dígale que no hay necesidad, que yo le pago. |
| 8. | Ramirez: | [U/I]? | ¿[I/I]? |
| 9. | Rivera: | Tell him yes. | Dígale que sí. |
| 10. | | [08:16] | [08:16] |
| 11. | Ramirez: | All right, I… I, uh, I just told him that… that… that, um, that… that, that, that there was a slight chance they might fling something at him. "Maybe a mill," is what he said to me. | Bueno, yo… yo le, ah, yo le dije ahora a él ahí que… que, este, que… que, que, que existía la probabilidad que le pueden tirar algo ahí. "Algún melonete," me dijo. |
| 12. | | [08:24] | [08:24] |
| 13. | Rivera: | Yeah, man. So, go, go tell him. | Sí, ombe. Vaya, dígale, pues. |
| 14. | | [08:29] | [08:29] |
| 15. | Ramirez: | Yeah, go tell him right now. | Sí, dígale ahorita aquí. |
| 16. | | [U/I]. | [I/I]. |
| 17. | Rivera: | Bring him over here, I just want the Engineer to give me the green light, buddy, I want the Engineer to give… // | Tráigalo, dígale, solo que me dé luz verde el Ingeniero, primo, que el Ingeniero dé… // |
| 18. | Avila: | Did you guys bring it? | \\ ¿Lo trajeron? |

8

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Rivera: | Yeah. | Sí. |
| 2. | | [U/I]. | [I/I]. |
| 3. | | [08:44] | [08:44] |
| 4. | Defendant: | [U/I] you go eat your lunch there… we'll be talking [U/I]… And if he doesn't tell you anything [U/I] and he's saying we should start working over there [U/I]. | Usted cómase el almuerzo allá… y ya hablamos [I/I]… Y si no le dice nada [I/I] y él dice que empezamos trabajar ahí [I/I]. |
| 5. | Rivera: | Right. | Sí. |
| 6. | Defendant: | Uhm... | Ehm... |
| 7. | | [A cellular telephone rings (08:53)] | [Suena un móvil (08:53)] |
| 8. | Defendant: | Let me talk to him when… when I meet with him today. | Déjeme hablarle cuando… cuando me reúna con él hoy. |
| 9. | Rivera: | Um-hum. | Ujú. |
| 10. | Defendant: | So, we can start working on that as soon as possible. | Para que empecemos a trabajar eso lo más rápido posible. |
| 11. | | [U/I]. | [I/I]. |
| 12. | Rivera: | All right, then. | Está bueno, pues. |
| 13. | Defendant: | So, I'll stay back and coordinate [U/I] then. | Yo me quedo coordinando [I/I]. |
| 14. | | [9:00] | [9:00] |
| 15. | | [U/I]. | [I/I]. |
| 16. | Defendant: | First you told me 9:00, then at 10:00, I agreed to the same time to come here. All right, sir, will you give me a copy? | A mí me habían dicho a las 9:00, después a las 10:00, quedé a la misma hora en este lugar aquí. Entonces, Ingeniero, ¿me regala una copia? |
| 17. | | [09:07] | [09:07] |
| 18. | Perez: | [U/I]. I'll give you all of this. | [I/I]. Yo te doy todo esto. |
| 19. | Defendant: | Mmm, I just don't understand you guys when you say… | Mmm, es que no los entiendo que me digan… |
| 20. | Rivera: | [U/I]. Just give the Engineer the green light, buddy. | [I/I]. Que le dé luz verde al Ingeniero, primo. |
| 21. | | [U/I]. | [I/I]. |
| 22. | Defendant: | Can you send me [U/I]? | ¿Me manda [I/I]? |
| 23. | | [09:21] | [09:21] |
| 24. | | [U/I]. | [I/I]. |

9

| | Participant | Translation | Transcription |
|---|---|---|---|
| 1. | Defendant: | OK, so, we had arranged to meet here at around 9:30… [U/I] but anyway, very fast [U/I]. | Sí, entonces, habíamos quedado como a las 9:30 aquí…  [I/I] pero bueno, muy rápido [I/I]. |
| 2. | | [09:34] | [09:34] |
| 3. | Rivera: | Let's just give him the money. | Démosle ahí el dinero. |
| 4. | Avila: | They're going to take it. [U/I]. | Lo va a agarrar. [I/I]. |
| 5. | Rivera: | Hmm? | ¿Hmm? |
| 6. | | [U/I]. | [I/I]. |
| 7. | Defendant: | It was nice to meet you. | Es un placer. |
| 8. | | [09:42] | [09:42] |
| 9. | Rivera: | All right, man, we're good.  So, we're set then. | Bueno, cheque, líder. Ahí quedamos entonces. |
| 10. | | [U/I]. | [I/I]. |
| 11. | Defendant: | See you again, nice to meet you. | Hasta luego, mucho gusto. |
| 12. | | [U/I]. | [I/I]. |
| 13. | Defendant: | I'll call you later. | Yo le hablo más ratico. |

10