# EXHIBIT D

APPROXIMATE DATE:    MARCH 8, 2014

PARTICIPANTS:        LEONEL RIVERA
                     CONFIDENTIAL SOURCE 1     (CS1)
                     URBINA SOTO

ABBREVIATIONS:       [U/I] = Unintelligible in English
                     [I/I] = Unintelligible in Spanish
                     *English in Italics*
                     [PH] = Phonetic Spelling

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 1. | LEONEL RIVERA: | Uh, well buddy, this fucking guy financed some of the campaign for the current President. | Este, pues compa, este jodido le financió parte de la campaña al presidente que está ahorita. |
| 2. | CS1: | Really? | ¿Sí? |
| 3. | LEONEL RIVERA: | Yes, sir. You know? Well, but…Well, but I then…[Laughs] | Sí, señor. ¿Entiende? No, pero… No, pero yo pues... [Se ríe]. |
| 4. | CS1: | That son of a bitch doesn't give a fuck. No fucking way! | A ese hijo de puta no le vale verga. ¡No jodas! |
| 5. | LEONEL RIVERA: | [Laughs] | [Se ríe]. |
| 6. | URBINA SOTO: | How are you? | ¿Cómo está? |
| 7. | LEONEL RIVERA: | Well, I'm walking around here like… | No, pues yo camino aquí como… |
| 8. | URBINA SOTO: | Huh? | ¿Ah? |
| 9. | LEONEL RIVERA: | …I'm a colonel with just anyone. | …coronel con cualquiera. |
| 10. |  | [All laugh] | [Todos se ríen] |
| 11. | CS1: | No shit! | ¡No jodas! |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 12. | URBINA SOTO: | Remember, everyone calls me *El Cardenal.* [The Cardinal]. And I say: "Son of a bitch. I don't give a fuck! [U/I]." | Acuérdate que me dicen El Cardenal. Y yo digo: "Hijo de puta. ¡Vale verga! [I/I]". |
| 13. | LEONEL RIVERA: | [Laughs] | [Se ríe]. |
| 14. | URBINA SOTO: | How've you been? | ¿Cómo ha estado? |
| 15. | LEONEL RIVERA: | Well, buddy, as good as can be expected, everything is fine. | No, compa, ahí, en lo que cabe, todo bien. |
| 16. | URBINA SOTO: | That's good. [U/I]. | Eso está bueno. [I/I]. |
| 17. | LEONEL RIVERA: | Oh Óscar Álvarez, who is… could it be that he's in love with me? | Oh, Óscar Álvarez, que es… ¿será que está enamorado de uno? |
| 18. | URBINA SOTO: | So what? But listen to this, buddy, don't pay too much attention to that son of a bitch. | ¿Y qué? Pero fíjese, compa, que a ese hijo de puta no le pare mucha bola. |
| 19. | LEONEL RIVERA: | Well, to them… | No, a ellos… |
| 20. | URBINA SOTO: | They have it… | Lo tienen… |
| 21. | LEONEL RIVERA: | They have *"churros",* right? | Tienen churros, ¿verdad? |

2

|     | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
| --- | --- | --- | --- |
| 22. | URBINA SOTO: | Really well cut. | Bien cortadito. |
| 23. | LEONEL RIVERA: | Buddy, did you know…? | Compa, ¿sabía usted…? |
| 24. | URBINA SOTO: | I'm asking you because I asked Juan, Juan was in…. | Se lo pregunto porque yo le pregunté a Juan. Juan estuvo el… |
| 25. | LEONEL RIVERA: | Yes. | Ujú. |
| 26. | URBINA SOTO: | …on Wednesday he was in Yoro. | …el miércoles, en Yoro. |
| 27. | LEONEL RIVERA: | He was there? | ¿Él anduvo? |
| 28. | URBINA SOTO: | Yes, he was with me for a while. | Sí, él estuvo conmigo un rato. |
| 29. | LEONEL RIVERA: | Right. | Ujú. |
| 30. | URBINA SOTO: | And we talked once again about that situation. You know? | Y platicamos de nuevo el tema. ¿Verdad? |
| 31. | LEONEL RIVERA: | Yes. | Ujú. |

| | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 32. | URBINA SOTO: | So then he said to me: "Well, then, Mayor…" he said to me, as long as the men maintain themselves discreet", he said to me, "there won't be any problems," he said to me. | Entonces me dijo: "No, pues, Alcalde…" me dice, "mientras los hombres se mantengan discretos", me dice, "no va a haber problema", me dice. |
| 33. | LEONEL RIVERA: | [U/I]. | [I/I]. |
| 34. | URBINA SOTO: | "There will be a problem when there is no secrecy." | "El problema es cuando no haya discreción". |
| 35. | LEONEL RIVERA: | Yes, yes. | Sí, sí. |
| 36. | URBINA SOTO: | So then I spoke to him about that situation with Óscar, you know? | Entonces, y le dije de ese tema de Óscar, ¿verdad? |
| 37. | LEONEL RIVERA: | Right. | Ujú. |
| 38. | URBINA SOTO: | I said to him: "Mr. President, let me tell you that the one who can fuck you up, is Óscar," I said that to him. "Óscar is really fucking around too much." And he said: "No…" he says to me, "you know that man has now been cut off." | Le dije: "Presidente, le digo a usted quién lo jode es Óscar", le digo yo. "Óscar está jodiendo demasiado". Y dice: "No…", me dice, "usted sabe que ese hombre está cortado ya". |
| 39. | LEONEL RIVERA: | Buddy, you see? Buddy, what the fuck, I have…Someone is going to get me a file. He has fucked…from Paico [PH] he stole about 400 million *lempiras. [Honduran currency]* | Compa, ¿sí ve? Compadre, qué jodido, yo tengo… a mí me van a conseguir el expediente. Ha fregado… a Paico le robó como unos cuatrocientos millones de lempiras. |

4

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 40. | URBINA SOTO: | For what [U/I]. | De qué [I/I]. |
| 41. | LEONEL RIVERA: | Well, but here this guy Lobo, is going to take good care of him. | No, pero aquí este, Lobo, lo acomoda bien. |
| 42. | URBINA SOTO: | Yes, sir. | Sí, señor. |
| 43. | LEONEL RIVERA: | And the entire file is there, buddy. What we're doing there is getting… in order to… Well, buddy, let's get to the point, look, you see…about the load, buddy, we're ready. | Y ahí está todo el expediente, compa. Ahí lo que estamos es consiguiendo ahí… para… Bueno, compa, al grano, mire, ve, este… de la carga, compa, ya estamos. |
| 44. | URBINA SOTO: | Right. | Ajá. |
| 45. | LEONEL RIVERA: | Now we're on our way to [U/I], we'll share… | Ahí ya vamos [I/I], compartamos… |
| 46. | URBINA SOTO: | Well that's great, buddy! That's great! | Pues ¡qué bueno, compa! ¡Qué bueno! |
| 47. | LEONEL RIVERA: | …in between 2 to 3 weeks. | …de quince a veinte días. |
| 48. | URBINA SOTO: | Perfect, that's good, buddy. | Justo, está bueno, compa. |
| 49. | LEONEL RIVERA: | So then he is…right now, uh…this guy, the…the little Colombian guy who was sent to me by… | Entonces, él es… ahorita, eh… este muchacho, el… el colombianito que me mandó… |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 50. | URBINA SOTO: | Yes, I see. | Sí, yo veo. |
| 51. | LEONEL RIVERA: | …the…the one that the man sent, well… | …el… que mandó el señor, pues… |
| 52. | URBINA SOTO: | Oh, alright. | Ah, bueno. |
| 53. | LEONEL RIVERA: | …he is…he's the one who's going to stay here as the collateral. | …él es… él es el que va a quedar en garantía aquí. |
| 54. | URBINA SOTO: | In Puerto Heneco. | En Puerto Heneco. |
| 55. | LEONEL RIVERA: | And he…and he stays as the guarantee and I've got other guys over there. | Y él… y él queda en garantía y yo tengo otros muchachos allá. |
| 56. | URBINA SOTO: | Sounds good. | Está bueno. |
| 57. | LEONEL RIVERA: | Yes. | Sí. |
| 58. | URBINA SOTO: | Yes, because the product needs to be well transported. | Sí, porque hay que traer bien el material. |
| 59. | LEONEL RIVERA: | Well, that's why, that stuff has to be brought in very well guarded. And I don't know about you, buddy, I told Michael that day to see if…if you guys were the ones who were going to send the guy. | No, por eso, eso hay que traerlo bien bandereado. Y no sé usted, compa, yo le dije a Michael [PH] aquel día a ver si… si iban a mandar el muchacho ustedes. |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 60. | URBINA SOTO: | The thing is that yesterday I was talking to Michael about that, to see if we could send someone… | Es que eso estaba hablando ayer yo con Michael, para ver si mandábamos una persona… |
| 61. | LEONEL RIVERA: | Right. | Ujú. |
| 62. | URBINA SOTO: | I think that he's going to send a good person. | Creo que él le va a mandar una persona buena. |
| 63. | LEONEL RIVERA: | Yes. | Ujú. |
| 64. | URBINA SOTO: | Because since I've been so busy, buddy, traveling to Tegucigalpa and all that… | Porque como yo he estado ahí bastante complicado, compa, viajando a Tegucigalpa y todo… |
| 65. | LEONEL RIVERA: | Yes. | Ujú. |
| 66. | URBINA SOTO: | …but I'm going to speak to him and reach an agreement with him and with… | …pero yo me voy a poner de acuerdo con él y con… |
| 67. | LEONEL RIVERA: | Yes. | Ujú. |
| 68. | URBINA SOTO: | …with the really big man as well… | …con el hombrón grande también… |
| 69. | LEONEL RIVERA: | Yes. | Ujú. |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 70. | URBINA SOTO: | …to coordinate things well. | …para ya coordinar bien. |
| 71. | LEONEL RIVERA: | Oh alright. That's fine. But tell me, buddy, with how much are you guys coming in with that? So that…so that the man can tell their father. | Ah, bueno. Está bien. Pero dígame, compa, ¿en cuánto es que vienen ustedes ahí? Para… para que el hombre le diga al papá de ellos. |
| 72. | URBINA SOTO: | But, didn't you tell me that it was going to be 100? | Pero, ¿no dijo usted que en cien? |
| 73. | LEONEL RIVERA: | A 100, but… | En cien, pero… |
| 74. | URBINA SOTO: | Each one. | Cada uno. |
| 75. | LEONEL RIVERA: | …each one? Yes. That would be 400. | …¿cada uno? Sí. Serían cuatrocientos. |
| 76. | URBINA SOTO: | It's 400. | Son cuatrocientos. |
| 77. | LEONEL RIVERA: | Yes, yes. Well, buddy, that's how we'll do it. | Sí, sí. Bueno, compa, así queda. |
| 78. | URBINA SOTO: | Yes. | Sí. |
| 79. | LEONEL RIVERA: | Like that. | Así. |

8

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 80. | URBINA SOTO: | Well… | No… |
| 81. | LEONEL RIVERA: | Don't you see, buddy? | ¿No ve, compa? |
| 82. | URBINA SOTO: | [U/I]… | [I/I]… |
| 83. | LEONEL RIVERA: | [U/I] any questions? | ¿[I/I] alguna pregunta? |
| 84. | URBINA SOTO: | Oh, well, the thing is that it's a big responsibility. | Ah, pues, es que la responsabilidad es grande. |
| 85. | CS1: | Well, buddy, the thing that…the thing that I said to you, buddy, well you know that…what the man is asking for is just responsibility, nothing else and… and a guarantee that things are going to turn out well and that there won't be problems with anything. | No, compa, lo que le… lo que le dije yo, compa, pues sabe que… que el señor lo que pide es responsabilidad, nomás y… y garantía de que las cosas salgan bien y que nada va a tener problemas. |
| 86. | URBINA SOTO: | Of course. No worries, we support that man 100%. | Claro. No, nosotros estamos con el hombre al cien… |
| 87. | CS1: | We have worked with that guy and with that guy we've never had a problem. | Con el compa se ha trabajado y con el compa nunca hemos tenido ningún problema. |
| 88. | URBINA SOTO: | Yes. | Sí. |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 89. | CS1: | The idea is to work and that…that the sense of responsibility be… brother, you know that this is like a game and…and there can be problems, as well as no problems at all. | La idea es trabajar y que… que la responsabilidad es…hermano, usted sabe que esto es un juego y… y puede haber problemas, como no puede haber. |
| 90. | URBINA SOTO: | No, no, no, sure, of course. | No, no, no, claro, claro. |
| 91. | CS1: | And if there were any problems, buddy, we would all have to answer to that, because it's like that…that's what responsibilities are all about. | Y si hay problemas, compa, nos toca responder a todos porque así… así son las responsabilidades. |
| 92. | URBINA SOTO: | The greatest responsibilities, [U/I] well, the man knows where I live, he's been to my house. | Las responsabilidades, mayor, [I/I] bueno, el hombre sabe, él conoce mi casa, ha estado en mi casa. |
| 93. | CS1: | Oh in your/his… | Oh, en su… |
| 94. | URBINA SOTO: | …and he knows [U/I]… | …y sabe [I/I]… |
| 95. | CS1: | Well, and with that buddy there's no problem. In other words, with that buddy… | No, y con el compa no hay problema. O sea, con el compa… |
| 96. | URBINA SOTO: | [Laughs] | [Se ríe]. |
| 97. | LEONEL RIVERA: | Yes, yes. Well, that's why I'm telling you, buddy… | Sí, sí. No, yo por eso le digo, compa… |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 98. | URBINA SOTO: | You know that thing doesn't… | Usted sabe que eso no… |
| 99. | LEONEL RIVERA: | …what I want is that we take a better look at the man, that's why they're insisting with you. Buddy, let's take a look at him and don't worry, because for him, I put my hands right into the fire. | …yo lo que quiero que mejor miremos al hombre, por eso es que están insistiéndole a usted. Mirémoslo, compa, y olvídese, que yo por él, yo meto la mano al fuego ahí. |
| 100. | URBINA SOTO: | No, buddy, relax. | No, compa, tranquilo. |
| 101. | LEONEL RIVERA: | And [U/I]… | Y [I/I]… |
| 102. | URBINA SOTO: | Well, I think it's good. | No, me parece bien. |
| 103. | LEONEL RIVERA: | …[U/I]. | …[I/I]. |
| 104. | URBINA SOTO: | Well, I think it's good. We're going to stay on top of all that. And today I'll tell…I'll tell Mike that… | No, me parece bien. Todo eso, lo vamos a estar pendiente. Y yo le digo hoy a… a Mike, que… |
| 105. | LEONEL RIVERA: | Yes. | Ujú. |
| 106. | URBINA SOTO: | …I'm going to be meeting with them. | …me junto con ellos yo. |
| 107. | LEONEL RIVERA: | When [U/I]… | Cuando [I/I]… |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 108. | URBINA SOTO: | Because right after you…I…since you told me about it yesterday… | Porque yo, a raíz de lo… como usted me dijo ayer… |
| 109. | LEONEL RIVERA: | Yes. | Ujú. |
| 110. | URBINA SOTO: | …I moved those people over here… | …pasé esa gente para acá… |
| 111. | LEONEL RIVERA: | Right. | Ajá. |
| 112. | URBINA SOTO: | …so that they wouldn't go to Yoro, they moved…[Laughs] well, buddy, you really had to run around, buddy. Huh? | …que no se fueran a Yoro [PH], pasan… [Se ríe], no, usted pasa carreras, compa. ¿Ah? |
| 113. | LEONEL RIVERA: | All these last few days, our buddy has been…he's leaving there…kilos of [U/I]. | Todos estos días, el compa está… está dejando ahí de… kilos de [I/I]. |
| 114. | URBINA SOTO: | No, no, no, no. Because I like people who are responsible. | No, no, no, no. Pues a mí me gusta la gente responsable. |
| 115. | LEONEL RIVERA: | Don't you want a kilo of coke? [Laughs] | ¿No quiere un kilito de coca? [Se ríe]. |
| 116. | URBINA SOTO: | [Laughs] No man, no, but first [U/I]. You hear me? | [Se ríe]. No, hombre, no, pero primero [I/I]. ¿Oíste? |
| 117. | LEONEL RIVERA: | Alright, buddy, so then you, I don't know, I'm going to leave my guy and then we'll talk about what…about what that fucking guy of yours owes me. | Bueno, compa, entonces usted, no sé, yo lo voy a dejar al muchacho y ahí hablamos de… de lo que me deben aquel jodido de ustedes ahí. |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 118. | URBINA SOTO: | Go ahead, go ahead. | Dele, dele. |
| 119. | LEONEL RIVERA: | There. | Ahí. |
| 120. | URBINA SOTO: | And when will they provide that stuff? | ¿Y cuándo le irán a dar esa cuestión? |
| 121. | LEONEL RIVERA: | Well, I think that it's for right now. | No, pues yo creo que es para ahora. |
| 122. | URBINA SOTO: | Oh, alright. | Ah, bueno. |
| 123. | LEONEL RIVERA: | Yes. | Sí. |
| 124. | URBINA SOTO: | Even better. At that point we will [U/I]. | Mucho mejor. Ahí nos [I/I]. |
| 125. | LEONEL RIVERA: | From there you can [U/I]. | De ahí [I/I] usted. |
| 126. | URBINA SOTO: | Alright then, little buddy. | Vaya pues, compita. |
| 127. | LEONEL RIVERA: | [Laughs] | [Se ríe]. |
| 128. |  | [LEONEL RIVERA and URBINA SOTO shake hands] | [LEONEL RIVERA y URBINA SOTO se dan un apretón de manos] |

| | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 129. | URBINA SOTO: | Buddy, I will…I have to run some errands… | Compita, yo lo… hago unos mandaditos ahí… |
| 130. | LEONEL RIVERA: | Right [U/I], right. | Ya [I/I], ya. |
| 131. | URBINA SOTO: | …and I'm going to be free like at around 1:00. | …y yo voy a estar libre como a la una. |
| 132. | CS1: | Yes, now, [U/I]. | Sí, ya, [I/I]. |
| 133. | URBINA SOTO: | Well and we'll see. Hopefully, I will…we're going to see you later on as well. You see? | No, y vamos a ver. Primeramente, yo lo… lo vamos a ver luego también. ¿Ve? |
| 134. | CS1: | Oh, the idea is that one, the idea is to keep working, buddy, because… | Oh, la idea es esa, la idea es seguir trabajando, compadre, porque… |
| 135. | URBINA SOTO: | And so that the man… | Y para que el hombre… |
| 136. | LEONEL RIVERA: | What I…in order to… | Yo lo que… para… |
| 137. | URBINA SOTO: | And that Michael also be in closer contact with you. | Y que Michael esté también en contacto más cercano con usted. |
| 138. | LEONEL RIVERA: | Yes, yes. | Sí, sí. |
| 139. | URBINA SOTO: | Listen… | Oye… |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 140. | LEONEL RIVERA: | Buddy, do you think that Juan Orlando wants to invest in that for a couple of kilos for him? [Laughs]. | Compa, ¿y Juan Orlando será que no quiere invertir ahí para un par de kilitos? [Se ríe]. |
| 141. | URBINA SOTO: | [Laughs]. Buddy, do you want for this man to bring me along with him, buddy. | [Se ríe]. Compa, usted quiere que ese hombre me lleve, compa. |
| 142. | LEONEL RIVERA: | Buddy, look, you see, because he's really something. So I want you to see how you do things your way. Let's try and get the airstrip that he owns in Lempira, buddy. | Compa, mire, vea, él es jodido. Pues mire a ver cómo hace en la forma usted. Consigamos la pista que él tiene ahí en Lempira, compa. |
| 143. | URBINA SOTO: | Oh! Alright. Look, buddy, because the son of a bitch, I have for him…Look, buddy, I get along…what can I tell you? | ¡Ah! Bueno. Mire, compa, que el hijo de puta, yo le tengo… Mire, compa, yo me llevo… ¿qué le puedo decir yo? |
| 144. | LEONEL RIVERA: | Yes. | Ujú. |
| 145. | URBINA SOTO: | Remember that today the highly trusted man inside the department… | Recuerde que hoy el hombre de confianza dentro del departamento… |
| 146. | LEONEL RIVERA: | Yes, of course. | Sí, claro. |
| 147. | URBINA SOTO: | …would be then…[U/I] yes. Huh! Because buddy, he'll cut me off. | …sería pues… [I/I] sí. ¡Je! Pues porque lo corta a uno, compa. |
| 148. | LEONEL RIVERA: | [U/I]. | [I/I]. |

|  | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 149. | URBINA SOTO: | And the person with whom I speak quite frequently is with the…the one from [U/I], and that is Colonel Romero, right? Because he's the one from… | Y yo con quien hablo bastante es con el… el de [I/I], que es el coronel Romero, ¿verdad? Que él es de… |
| 150. | LEONEL RIVERA: | Yes. | Ujú. |
| 151. | URBINA SOTO: | So then I always give advice to Romero: "Look, Romero, it's not good that the President be fighting." | Entonces yo siempre a Romero lo aconsejo: "Mire, Romero, no bueno que el Presidente esté peleando". |
| 152. | LEONEL RIVERA: | Yes, yes. | Sí, sí. |
| 153. | URBINA SOTO: | And then Romero gives him advice. | Entonces Romero lo aconseja. |
| 154. | LEONEL RIVERA: | Sure, of course. | Claro, claro. |
| 155. | URBINA SOTO: | Why? [he asks] Well, because I'm interested in that nothing happens to you, I tell him. [Smiles] Huh? | ¿Por qué? No, a mí me interesa que no le vaya a pasar nada a usted. [Sonríe]. ¿Ah? |
| 156. | LEONEL RIVERA: | Yes, of course. And then we all get caught. They'll grab us [U/I]. | Sí, claro. Y nos cojan a todos. Nos agarran [I/I]. |
| 157. |  | [All laugh] | [Todos se ríen]. |
| 158. | URBINA SOTO: | Buddy, so you stay in touch and let me know, you hear. | Compa, me avisa entonces, oiga. |

16

|      | PARTICIPANT | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|-------------|---------------------|-------------------|
| 159. | LEONEL RIVERA: | [U/I], buddy. Do it, do it. | [I/I], compa. Dele, dele. |
| 160. | CS1: | Buddy, you come in the front, with me. | Venite adelante, compa, tú. |
| 161. | LEONEL RIVERA: | Hmm? | ¿Uhm? |
| 162. | CS1: | Come in the front. | Vaya adelante. |
| 163. |  | [END OF THE RECORDING] | [TERMINA LA GRABACIÓN] |