UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        15-cr-379 (PKC)

      -against-

                                                                         ORDER

JUAN ORLANDO HERNANDEZ and JUAN
CARLOS BONILLA VALLADARES,

                        Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        In its April 14, 2023 ex parte, in camera, under seal submission to the Court through the Classified Information Security Officer or his designee ("CISO"), the government advised that it has supplied cleared defense counsel with substitutions for certain classified information. If cleared counsel wishes to challenge any of the substitutions (or any other matter related to classified material), they shall do so in submissions under seal delivered to the CISO by May 26, 2023, to be made available to the Court and the government.

        Thereafter, the government shall meet and confer with cleared defense counsel in a good faith effort to resolve any disputed material. If the government wishes to respond to the defense submissions, it may do so by June 20, 2023.

        The Court will conduct a classified hearing with cleared counsel on a date and at a time and location to be determined.

        SO ORDERED.

                                                                     */s/ P. Kevin Castel*
                                                                     P. Kevin Castel
                                                              United States District Judge

Dated:  New York, New York
           May 3, 2023