UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                      15-cr-379 (PKC)

     -against-

                                                                      ORDER

JUAN ORLANDO HERNANDEZ and JUAN
CARLOS BONILLA VALLADARES,

                      Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The motion for reconsideration of the Order of June 20, 2023, (ECF 570), is granted in part and denied in part.

        Cleared counsel does not offer a proposed adjourned date for the written submission that was due by May 26, 2023, which deadline was missed. Nor does counsel propose dates for an adjourned hearing. The classified hearing was set on a prophylactic basis in case a need arose for a discussion of some issue. A CIPA hearing may be conducted on an <u>ex parte</u> basis with the only the government and the Court present. <u>United States v. Muhanad Mahmoud Al-Farekh</u>, 956 F.3d 99, 107 (2d Cir. 2020).

        The Court will proceed with the hearing as scheduled. The Court will consider any submission by cleared counsel for defendant Juan Orlando Hernandez provided that it is filed with the Classified Information Security Officer by July 11, 2023, and addresses both tranches of the government's substitutions. (<u>See</u> Order of March 15, 2023, ECF 536.)

The Court reserves the right to conduct a further hearing if it deems it appropriate.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
June 21, 2023