UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        15-cr-379 (PKC)

    -against-

                        ORDER

JUAN ORLANDO HERNANDEZ,

          Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court's Order of August 1, 2023, (ECF 600), permitted defendant Juan Orlando Hernandez to make an <u>ex parte</u> classified submission "[a]long with" his August 9 submission opposing the government's CIPA section 4 motion. The defendant has elected to submit a singular submission with a section marked "Theory of Defense." The defendant shall forthwith serve on the government its memorandum, with the information appearing on pages 1-2 under the title "Theory of Defense" redacted. The defendant shall also resubmit its classified memorandum with the inclusion of page numbers to the Court on August 15, 2023, and re-serve the same on the government.

        SO ORDERED.

                                                       P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
          August 10, 2023