UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          15-cr-379 (PKC)

      -against-

                                                        ORDER

JUAN ORLANDO HERNANDEZ,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        In the course of defendant Hernandez's voluminous classified submission of August 9, 2023, which does not contain page numbers, there appears under "August 2014" the following: "[Sabrina – go back and check to see if you want to add anything]."  Cleared counsel for defendant Hernandez shall file an affidavit identifying all physical locations in which the classified submission was drafted, on what dates it was drafted, the identity and clearance status of any person or persons reviewing, revising, editing or otherwise seeing any portion of the classified submission and specifically identifying the person typing the words "[Sabrina – go back and check to see if you want to add anything]."  The affidavit shall be filed by August 17, 2023.

        SO ORDERED.

                                                           P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
          August 14, 2023