```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :    15 Cr. 379 (PKC)
                                  :
JUAN ORLANDO HERNANDEZ,           :
     a/k/a "JOH,"                 :         ORDER
JUAN CARLOS BONILLA VALLADARES,   :
     a/k/a "El Tigre," and        :
MAURICIO HERNANDEZ PINEDA,        :
                                  :
                    Defendants.   :
                                  :
- - - - - - - - - - - - - - - - -X
```

Whereas the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Jacob Gutwillig, David Robles, Elinor Tarlow, and Kyle Wirshba seeks an order restricting the dissemination of material produced pursuant to the Jencks Act and *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material") in connection with the trial in this matter ("Trial");

Whereas, based on: (i) information in the public filings to date related to defendants Juan Orlando Hernandez, Juan Carlos Bonilla Valladares, and Mauricio Hernandez Pineda (the "defendants") in this case indicates that the 3500 Material will contain sensitive information regarding assistance to law enforcement by others in sensitive ongoing investigations in Honduras and elsewhere as well as actual and threatened acts of violence against victims whose identities are not presently

public; and (ii) with the consent of Greenwood Law Group, PLLC ("Greenwood Law Group"), by and through Emma Greenwood, Esq., the Court finds that there is good cause for the requested relief;

IT IS HEREBY ORDERED that members of the Greenwood Law Group who receive 3500 Material shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that members of the Greenwood Law Group shall not show or disseminate any of the 3500 Material to anyone other defense counsel for the defendants – namely, Raymond Colon and Sabrina Shroff for Juan Orlando Hernandez; Raoul Zaltzberg and Bernarda Villalona for Juan Carlos Bonilla Valladares; and Richard Ma, Ken Womble, and Cory Garcia for Mauricio Hernandez Pineda; along with any other counsel for any of the defendants appointed at a later date – and U.S.-based paralegals working for defense counsel;

IT IS FURTHER ORDERED that the defendants shall not possess any of the 3500 Material, either before, during, or after the Trial, except when reviewing the 3500 Material in the presence of their counsel or U.S.-based paralegals, investigators, and interpreters working for their counsel;

IT IS FURTHER ORDERED that Greenwood Law Group shall return to the Government, or destroy, all of the 3500 Material at the close of the Trial or when any appeals have become final; and

SO ORDERED:

_____          9-13-23
HONORABLE P. KEVIN CASTEL            Date
United States District Court
Southern District of New York

3