UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  15-cr-379 (PKC)

    -against-

                                                  ORDER

JUAN ORLANDO HERNANDEZ,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is respectfully directed to terminate the following motions, which have already been addressed by the Court and/or are moot: ECF 509, ECF 591, ECF 593, ECF 595, ECF 603, ECF 606.

        SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           September 21, 2023