UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      15-cr-379 (PKC)

      -against-

                                                   ORDER

JUAN ORLANDO HERNANDEZ, JUAN CARLOS
BONILLA VALLADARES, and MAURICIO
HERNANDEZ PINEDA,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the government's classified submission dated September 8, 2023, in response to the Court's Order of August 11, 2023.[1]

        The Court accepts the government's conditional offer to produce certain additional information to cleared counsel.  See Government Memorandum at 21-22 (subsection II.D), 22-24 (subsection II.E), 31 (subsection III.D), 38 (subsection IV.A), 39-40 (subsection IV.B), and 47.[2]

        The Court otherwise sustains the position asserted by the government and overrules the objections of defendant Juan Orlando Hernandez on the grounds stated by the government, including that the material is not relevant, not material, is the product of aggregation of multiple sources not disclosed in the original document, is from a source disclosure of which raises significant national security concerns or otherwise seeks information not contained in the original classified document.

---

[1] Footnote 19 of the government's submission correctly notes an error in the numerical designation of a document to which one of the defense's objections relates.  (Government Memorandum at 40 n.19.)
[2] The government shall advise the Court when the additional information has been provided to defense counsel.

SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 21, 2023