

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:    **United States v. Juan Orlando Hernandez, S7 15 Cr. 379 (PKC)**

Dear Judge Castel:

     The Government writes to respectfully notify the Court that the Government has made available to the Classified Information Security Officers a classified letter to the Court, dated November 8, 2023. A copy of that classified letter also has been provided to cleared counsel for defendant Juan Orlando Hernandez.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York

By:     /s/
     Jacob H. Gutwillig / David J. Robles
     Elinor L. Tarlow / Kyle A. Wirshba
     Assistant United States Attorneys
     (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)