

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

  The Government writes to respectfully notify the Court that the Government has filed a motion pursuant to Section 6(a) of the Classified Information Procedures Act, *in camera* and under seal, by notice to the Classified Information Security Officers.

             Respectfully submitted,

             DAMIAN WILLIAMS
             United States Attorney for the
             Southern District of New York

         By:  /s/
             Jacob H. Gutwillig / David J. Robles
             Elinor L. Tarlow / Kyle A. Wirshba
             Assistant United States Attorneys
             (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)