**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

November 20, 2023

Hon. P. Kevin Castel
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Juan Alvarado Hernandez*, 15 Cr. 379 (PKC)

Dear Judge Castel,

Attached as Exhibit A is the redacted version of a letter provided to the Court earlier today by CISO Hartenstine. The redaction is made at the insistence of the United States Attorney's Office who has taken the position that any description of arguments made in the government's CIPA section 6a filing is presumptively classified and may not be publicly noted until the equity holder has cleared the information. The defense disagrees with this interpretation. The portion the government insists on redacting is pure argument made by the United States Attorney's Office. Nevertheless, the defense files the letter with the redaction until further order from this Court.

Respectfully submitted,

/s/Sabrina Shroff
Cleared Counsel to Mr. Hernandez

cc: Daniel Hartenstine & Matthew Mullery, CISOs