UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    15-cr-379 (PKC)

            -against-

                                                    ORDER

JUAN ORLANDO HERNANDEZ, et al.

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

            The Court has received a letter dated November 20, 2023 from cleared counsel for

defendant Juan Orlando Hernandez, seeking a one-week adjournment of the filing due on

November 27, 2023, to which the Government consents.  The application is granted.  Defense

counsel's filing shall be due on December 4, 2023.  The in camera hearing pursuant to CIPA §

6(a) remains scheduled for November 30, 2023.

            SO ORDERED.


                                    _____
                                        P. Kevin Castel
                                        United States District Judge


Dated:  New York, New York
            November 21, 2023


                                    1