UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                  -against-

JUAN ORLANDO HERNANDEZ, et al.

                        Defendants.
-----------------------------------------------------------x

15-cr-379 (PKC)

ORDER

CASTEL, U.S.D.J.

        Cleared counsel's response to the December 20, 2023 classified submission of the government is due January 2, 2024.

        Government submission on certain subjects is due January 2, 2024.

        The stay of the Order of December 15, 2023 remains in place until a further Order of this Court to be issued on or after January 2, 2024.

        SO ORDERED.

                                                      P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       December 20, 2023