

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

    The Government writes to respectfully note that it provided a classified letter to the Court, dated December 20, 2023. Certain portions of that letter were provided to the Court *ex parte*. A copy of the classified letter, redacting the portions provided to the Court *ex parte*, as well as a redacted version of the *ex parte* appendix to the letter, has been provided to cleared counsel for Juan Orlando Hernandez through the classified information security officer.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Jacob H. Gutwillig / David J. Robles
    Elinor L. Tarlow / Kyle A. Wirshba
    Assistant United States Attorneys
    (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)