

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

      The Government respectfully writes pursuant to the Court's December 20, 2023 Order and in response to the letter submitted by cleared counsel for Juan Orlando Hernandez, dated December 27, 2023. (Dkts. 644, 645). The Court's December 20 Order, consistent with its oral Order at the December 20, 2023 classified hearing, set January 2, 2024 as the deadline for the Government's submission on certain subjects. In light of cleared counsel's letter filed today, which raises other topics, and in order to allow time for the Government to consult with relevant stakeholder(s), the Government respectfully requests a brief extension, until January 4, 2024, to make its submission and that the Court continue to stay its December 15, 2023 Order (Dkt. 640) until further Order of the Court on or after that date. The Government respectfully submits that this brief, two-day requested extension will maximize efficiency by allowing the Government, in consultation with

the relevant stakeholder(s), to file a single submission responsive to the Court's December 20 Order and cleared counsel's December 27 letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/_____
Jacob H. Gutwillig / David J. Robles
Elinor L. Tarlow / Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)