UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                         15-cr-379 (PKC)

      -against-

                                                                                         ORDER

JUAN ORLANDO HERNANDEZ, et al.

                  Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the classified submission of cleared defense counsel to defendant Juan Orlando Hernandez dated January 3, 2024, the <u>ex parte</u> and classified submission of the government dated January 4, 2024, and the redacted version of the government's submission of January 4, 2024 provided to cleared defense counsel.

        The Court ORDERS as follows:

        1.  The government shall by January 9, 2024 provide the Court and cleared counsel with an update on the status of its consultations with stakeholders on permitting the defendant to review with cleared counsel in a SCIF certain materials described in the first full paragraph on page 2 and the first full paragraph on page 8 of the government's letter of December 20, 2023, as more fully discussed in cleared counsel's letter of January 3, 2024 at pages 1 and 2.

        2.  The government shall also update the Court and cleared counsel by January 9 on the status of any prior consultations, arrangements, or appropriate security procedures necessary for the meeting between and among cleared counsel, non-cleared counsel, a cleared

interpreter, and the defendant in a SCIF as described in the first full paragraph on page 2 of the government's letter of January 4.

   3. By January 9, 2024, cleared defense counsel shall state her views on the government's adoption of a suggestion of cleared defense counsel made at the December 11, 2023 classified hearing at Tr. 62 and the schedule for implementation of that proposal.

   4. The government and cleared defense counsel shall confer on paragraphs 1 through 3 above before making their submissions.

   SO ORDERED.

               _____
                 P. Kevin Castel
               United States District Judge

Dated: New York, New York
    January 5, 2024