

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2024

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-10-24

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

The parties write jointly to respectfully request that the Court adjourn the deadlines set by the Court in its January 5, 2024 order for two days, until January 11, 2024. With respect to paragraphs 2 and 3 of the Court's January 5, 2024 order, the parties have met and conferred several times, but Mr. Colon was unavailable until late in the evening, and the parties require additional time to confer before updating the Court.

Additionally, the Government writes to inform the Court that, this evening, it made another classified discovery production related to the materials referenced in paragraph 1 of the Court's January 5, 2024 order and is continuing to consult with relevant stakeholder(s). The Government will provide the Court with a status update on the stakeholder(s) review of those materials in its letter on January 11.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ _____
Jacob H. Gutwillig / David J. Robles
Elinor L. Tarlow / Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)