UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                    15-cr-379 (PKC)

       -against-

                                                                                                    ORDER

JUAN ORLANDO HERNANDEZ, et al.

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the government's classified and <u>ex parte</u> submission of January 11, 2024, and the redacted version of the submission provided to cleared defense counsel for defendant Juan Orlando Hernandez.

        The Court ORDERS as follows:

        1.  The Court adopts as its Order the parties' agreement referenced in the first full paragraph of page 3 of the government's submission.

        2.  No employee or agent of a government agency, including those stakeholders referred to in the first and second paragraphs of page 3 of the government's submission, the DOJ, and the walled-off review team, shall disclose any of the unclassified portions of the defendant's proposed testimony to a member of the prosecution team, pending further Order of this Court. In view of the foregoing, the defendant's request for affidavits of reviewing persons is unnecessary and will be denied.

        3.  Raymond L. Colon, defendant's non-cleared counsel, may not disseminate information that he learns from defendant or cleared counsel in the SCIF, pending further Order of this Court.

4. The meeting between and among the defendant, his cleared counsel, and his non-cleared counsel in the SCIF shall take place as expeditiously as possible. Any stay of such a meeting is VACATED.

5. In light of the foregoing, the January 16, 2024 classified hearing is adjourned to January 23, 2024 at 2:45 p.m., in a location to be disclosed to the parties.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 12, 2024