UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             15-cr-379 (PKC)

      -against-

                                                             ORDER

JUAN ORLANDO HERNANDEZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

      Donald D. duBoulay and David Wekstrom, members of the CJA panel, are provisionally appointed as counsel for Juan Orlando Hernandez solely for the purpose of today's proceedings.

      Renato Stabile is appointed pursuant to the CJA as additional counsel for Juan Orlando Hernandez.

      SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       January 23, 2024