Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

February 6, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

I enclose a proposed clothing order for defendant Juan Orlando Hernandez, in the above referenced matter, the trial of which is scheduled to begin on February 12, 2024. I request that the Court endorse the accompanying order so that counsel can arrange to provide Mr. Hernandez with appropriate clothing for trial.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Renato C. Stabile

enclosure

cc:    All counsel
       via ECF