UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          15-cr-379 (PKC)

        -against-

                                          <u>ORDER</u>

JUAN ORLANDO HERNANDEZ,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial in this matter will begin on February 12, 2024 at 9:30 a.m. in Courtroom 11D.

        SO ORDERED.

                                          P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       February 7, 2024