UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                    15 Cr. 379 (PKC)

JUAN ORLANDO HERNANDEZ, ET AL.       ORDER

    Defendants.

-----------------------------------------------------------x

Upon the application of Renato C. Stabile, Esq., attorney for defendant Juan Orlando Hernandez.

**IT IS HEREBY ORDERED** that the United States Marshals Service and the warden at the Metropolitan Detention Center ("MDC"), 80 29th Street, Brooklyn, New York, permit the defendant:

**JUAN ORLANDO HERNANDEZ**, BOP Reg. # 91441-054

to receive: (1) five dress shirts; (2) three business suits (jacket and pants); (3) three ties; (4) five pairs of socks; (5) one pair of leather dress shoes; and (6) one belt, from his attorneys, and to make this clothing available to **JUAN ORLANDO HERNANDEZ** to wear to court, and transport him wearing this clothing, from February 12, 2024, and any date thereafter until his jury trial before the Honorable P. Kevin Castel in the United States Courthouse at 500 Pearl Street, New York, New York, ends.

Dated: New York, New York
       2-6, 2023

                                                      Hon. P. Kevin Castel,
                                                      United States District Judge