Renato C. Stabile  
Attorney at Law  
580 Broadway, Suite 400  
New York, NY  10012  
212-219-1469 (o)  
212-219-1897 (fax)  
917-204-0181 (mobile)  
renato.c.stabile@gmail.com

February 9, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

  I enclose a proposed order for members of the defense team and support to bring electronic devices to court during the trial.

  I thank the Court for its continued consideration.

                  Respectfully submitted,

                      /s/

                  Renato C. Stabile

enclosure

cc: All counsel
   via ECF