UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

――――――――――――――――――――――――― x

     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

    ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

    The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

| Attorney | E-Mail | Device(s) | Courtroom | Wifi Granted |
|---|---|---|---|---|
| Andrew Klein (legal assistant) | aklein@dubinconsulting.com | 2 laptops, 1 monitor, phone, mouse, 2 external hard drives, power cords, headphones, PPT clicker | 11D | Y |
| Raymond Colon | rlcolonesq@aol.com | Phone, laptop, 5 external hard drives | 11D | Y |
| Beatriz Campillo (legal assistant) | campi4318@gmail.com | Phone, laptop, hotspot | 11D | Y |