UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-

                                                                               15-cr-379 (PKC)

JUAN ORLANDO HERNANDEZ, et al.                           ORDER

                        Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has received the government's classified submission, submitted at 4:30 p.m. on Friday, February 9, 2024. Before receiving this submission, the Court had scheduled a classified hearing for 8:30 a.m. on February 12, 2024, before jury selection. The government's submission proposes an interval between jury selection and opening statements. The government is requested to address the following:

1.     How long of an interval does it anticipate?

2.     How should the Court communicate any rulings under CIPA that bear upon the testimony at trial to the defendant and his non-cleared counsel?

        A straightforward response to these questions ought not implicate classified information. The government shall respond by noon on February 10, 2024. Any response by defendant shall be submitted by 7:00 p.m. on February 10, 2024.

1

SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
February 9, 2024