

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

    The Government writes to respectfully note that it provided a classified letter to the Court, dated February 9, 2024. Certain portions of that submission were provided to the Court *ex parte*. A copy of the submission, redacting the portions provided to the Court *ex parte*, was provided to cleared counsel for defendant Juan Orlando Hernandez.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    By:    /s/
        Jacob H. Gutwillig / David J. Robles
        Elinor L. Tarlow / Kyle A. Wirshba
        Assistant United States Attorneys
        (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)