UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                15-cr-379 (PKC)

       -against-

                                                                ORDER

JUAN ORLANDO HERNANDEZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The status conference scheduled for Thursday, February 15, 2024 at 10:00 a.m. is VACATED.  There will be a classified CIPA § 6(c) hearing on Friday, February 16, 2024 at 3:00 p.m.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       February 14, 2024