

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Juan Orlando Hernandez**, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

    Appended to this letter as Exhibits A and B are redacted, unclassified versions of the Court's December 14, 2023 and February 14, 2024 Orders issued pursuant to Section 6(a) of the Classified Information Procedures Act, which have undergone classification review by the relevant stakeholder(s).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Jacob H. Gutwillig / David J. Robles
    Elinor L. Tarlow / Kyle A. Wirshba
    Assistant United States Attorneys
    (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)