UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

          -against-

15-cr-379 (PKC)

<u>ORDER</u>

JUAN ORLANDO HERNANDEZ,

          Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The defendant's request for an adjournment of trial for 90 to 180 days filed on February 15, 2024 at approximately 6:36 p.m. is denied. The Court will issue a more fulsome order in due course. The trial in this matter will begin on February 20, 2024 at 9:30 a.m. in Courtroom 26B.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       February 16, 2024

1