UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       15-cr-379 (PKC)

    -against-

                                                                       ORDER

JUAN ORLANDO HERNANDEZ,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Pursuant to CIPA Section 6(c), 18 U.S.C. app. 3 § 6(c), the government has proposed substitutions in Exhibits A and B of its classified submission of February 16, 2024. The Court held a classified Section 6(c) hearing on the afternoon of February 16, 2024.

        The Court finds that the substitutions proposed under Section 6(c) will provide the defendant with substantially the same ability to make his defense as would the disclosure of the specific classified information and these substitutions therefore are approved and such substitutions shall be made.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 16, 2024