UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          15-cr-379 (PKC)

            -against-

                                                          ORDER

JUAN ORLANDO HERNANDEZ,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

            The Court concludes that the name of the entity identified in numbered paragraph 12 of the Supplemental Section 5 Notice of the defendant, as well as the title or identity of any person working for the entity or the city and state where it is headquartered, are of slight probative value and that the probative value is substantially outweighed by the danger of unfair prejudice to the government and jury confusion (i.e., confusing the issues).  Accordingly, the Court precludes any argument, question or evidence, including exhibits or testimony, referring to the name of the entity identified in numbered paragraph 12 of the Supplemental Section 5 Notice of the defendant, as well as the title or identity of any person working for the entity or the city or state where it is headquartered.

            The Court will advise counsel at the side bar of appropriate substitute references that may be utilized in lieu of the precluded material.  Counsel are directed to instruct their witnesses on this Court's ruling.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
February 16, 2024