UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           15-cr-379 (PKC)

    -against-

                                                                            ORDER

JUAN ORLANDO HERNANDEZ,

              Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The undersigned requested Messrs. Donald duBoulay and David Wekstrom to appear and indicated at that time that they were provisionally appointed under the CJA Plan to represent Juan Orlando Hernandez through the conclusion of the hearing on January 23, 2024. That appointment terminated effective the end of that hearing.

        SO ORDERED.

                                                                P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
       February 27, 2024