UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JUAN ORLANDO HERNANDEZ,
    a/k/a "JOH,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S7 15 Cr. 379 (PKC)

VERDICT FORM

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**Count One—Narcotics Importation Conspiracy**

    GUILTY __✓__           NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count One, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved mixtures or substances containing a detectable amount of cocaine?

    YES __✓__           NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved five or more kilograms of mixtures or substances containing cocaine?

    YES __✓__           NO _____

If you find not guilty as to Count One, proceed no further and report to the Court.

1

### Count Two—Possession of Machineguns and Destructive Devices

GUILTY __✓__          NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Two, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a machinegun?

YES __✓__          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved a destructive device?

YES __✓__          NO _____

### Count Three—Conspiracy to Possess Machineguns and Destructive Devices

GUILTY __✓__          NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Three, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

YES __✓__          NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

YES __✓__          NO _____

Dated:   New York, New York
         March 8, 2024

                                   _____
                                   Signature of Foreperson

                                   _____Juror #13_____
                                   Print name

3