

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2024

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re: <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)**

Dear Judge Castel:

  The Government writes to respectfully request that its response to the defendant's Rule 33 motion in the above-captioned case, which was filed on March 22, 2024, (*see* Dkt. 765), be due on April 12, 2024.

                Respectfully submitted,

                DAMIAN WILLIAMS
Application GRANTED.  The government's United States Attorney
time to respond to defendant's motion is
April 12, 2024.            By:  /s/
                Jacob H. Gutwillig
SO ORDERED.            David J. Robles
Dated: March 25, 2024.        Elinor L. Tarlow
                Kyle A. Wirshba
                Assistant United States Attorneys
                (212) 637-2215 / -2550 / -1036 / -2493

P. Kevin Castel
United States District Judge