# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUAN ORLANDO HERNANDEZ,
    a/k/a "JOH,"

                   Defendant.

**STIPULATION**

15 Cr. 379 (PKC)

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Damian Williams, United States Attorney, Jacob Gutwillig, David Robles, Elinor Tarlow, and Kyle Wirshba, Assistant United States Attorneys; and Juan Orlando Hernandez, by and through his attorneys, Raymond Colon, Esq., and Renato Stabile, Esq., that:

1.      On April 21, 2022, Juan Orlando Hernandez, the defendant, was flown from Tegucigalpa, Honduras, to Westchester County Airport, where he was first brought into the United States.

2.      The Westchester County Airport, located in White Plains, New York, is in the Southern District of New York.

1



GOVERNMENT
EXHIBIT
1010

IT IS FURTHER STIPULATED AND AGREED that this stipulation, marked GX 1010, may be received into evidence at the trial in the above-referenced matter.

Dated: New York, New York
        February **23** , 2024

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Jacob H. Gutwillig / David J. Robles
Elinor L. Tarlow / Kyle A. Wirshba
Assistant United States Attorneys

By: _____
Raymond Colon, Esq. / Renato Stabile, Esq.
Attorneys for Defendant Juan Orlando Hernandez

2