# EXHIBIT C

# Defendants First Brought or Arrested in the Southern District of New York








| Defendant | Surrender or Extradition | Year |
|---|---|---|
| Devis Leonel Rivera-Maradiaga | Surrender | 2015 |
| Juan Manuel Avila Meza | Surrender | 2016 |
| Hector Emilio Fernandez-Rosa | Extradition (Honduras) | 2015 |
| Fabio Porfiro Lobo | Expulsion (Haiti) | 2015 |
| Victor Diaz-Morales, a/k/a "Rojo" | Extradition (Guatemala) | 2017 |
| Fredy Renan Najera Montoya | Surrender | 2018 |
| Alfonso Sierra-Vargas, a/k/a "Renteria" | Surrender | 2012 |

GOVERNMENT EXHIBIT 504
S6 15 Cr. 379 (PKC)