Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

April 25, 2024

Application Granted
SO ORDERED
[signature]
USDJ
4-25-24

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

I write to request that the defense have until Monday, April 29, 2024 to file its reply to the government's opposition to the defendant's Rule 33 motion. Although I have been working on Mr. Hernandez's reply, I have been traveling for work this week and have not had an opportunity to meet with Mr. Hernandez to review the reply, which he has asked me to do. I request a slight extension of time to finalize the defense reply and confer with Mr. Hernandez.

I thank the Court for its continued consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc:  All counsel
     (via ECF)