

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2024

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Juan Orlando Hernandez, S7 15 Cr. 379 (PKC)

Dear Judge Castel:

In advance of the sentencing scheduled June 26, 2024, the Government respectfully submits the attached proposed order of forfeiture. As set forth in the proposed order and for the reasons discussed in the Government's sentencing submission (Dkt. No. 801, at 54-56), the Government respectfully requests that the Court order the defendant to forfeit $15,525,000 in connection with Count One of the above-referenced Superseding Indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      */s/*                      
Jacob H. Gutwillig
David J. Robles
Elinor L. Tarlow
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2215 / -2550 / -1036 / -2493

cc:   Defense Counsel
      By ECF