| | |
|---|---:|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROAD STREET, 19TH FLOOR<br>NEW YORK, NEW YORK 10007<br>TELEPHONE: (646) 763-1490 |

June 25, 2024

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*United States v. Juan Orldando Hernandez*, **15-CR-379(PKC)**

Dear Judge Castel,

Mr. Hernandez is to be sentenced by this Court on June 26, 2024. I am engaged at trial (*United States* v. *Guo*, 23 Cr. 118 (AT) and am unable to appear for Mr. Hernandez's sentencing hearing. My inability to appear will be of no moment as Mr. Hernandez is represented by Renato Stabile.

I thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Sabrina Shroff


cc: All counsel of record (by ECF)