UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JUAN ORLANDO HERNANDEZ,

Defendant.

Case No. 15-cr-379 (PKC)

---

[~~PROPOSED~~] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Juan Orlando Hernandez remain confined at the Metropolitan Detention Center in Brooklyn, New York, until his appeal has been fully briefed *the shorter of 120 days or* to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.

SO ORDERED

_____
HONORABLE P. KEVN CASTEL
UNITED STATES DISTRICT JUDGE

6-26-24
DATE