Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States of America v.

Juan Orlando Hernandez Alvarado

Docket No.: 15-CR-379

P. Kevin Castel
(District Court Judge)

Notice is hereby given that Juan Orlando Hernandez Alvarado appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other of conviction and sentence (specify) entered in this action on 06/28/2024 (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|.

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: 06/26/2024    N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed |___| N/A |___|

FILED U.S. DISTRICT COURT S.D. OF N.Y. 2024 JUL -9 AM 9:45

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

Defendant's Counsel: Renato C. Stabile
Counsel's Address: 580 Broadway, Suite 600
New York, NY 10012
Counsel's Phone: 917-204-0181

Assistant U.S. Attorney: Jacob Gutwillig
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-2215

Signature