Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

*[Handwritten annotation:] The pardon has been docketed. (ECF 871) The passport and identification documents shall be returned. Application GRANTED in part.*

*SO ORDERED.*
*[signature] USDJ 12-3-25*

December 3, 2025

**VIA EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

      Attached is an Executive Grant of Clemency issued by President Donald J. Trump as to Juan Orlando Hernanez. The President has granted a full and unconditional pardon. We request that the Court docket the attached pardon document in the above-referenced matter. *See, United States v. Arthur Hayes*, 20-CR-500 (JGK) (SDNY) (Dkt. 442) (docketing grant of clemency).

      In addition, we request that the Court order the return to undersigned counsel of Mr. Hernandez's passport and any other identification documents in the custody of the government. *[handwritten: OK]*

      I thank the Court for its continued consideration.

                                          Respectfully submitted,

                                          /s/

                                          Renato C. Stabile

Attachment (Presidential Pardon)

cc:      Kyle Wirshba, Esq.
          Jacob Gutwillig, Esq.
          Elinor Tarlow, Esq.
          David Robles, Esq.
          Assistant United States Attorneys