Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

April 13, 2025

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

On April 8, 2026, the Second Circuit Court of Appeals issued a mandate in Mr. Hernandez's case, vacating the conviction and judgment in this Court, and remanding the matter to this Court to dismiss the case as moot (ECF Dkt. 876). Accordingly, I respectfully request that this Court dismiss the case.

I thank the Court for its continued consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:    All counsel
       (via ECF)