UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      15-cr-379 (PKC)

          -against-

                                                      ORDER

JUAN ORLANDO HERNANDEZ,

                    Defendant.
----------------------------------------------------------------x

CASTEL, U.S.D.J.

   Based upon a presidential pardon, the United States Court of Appeals entered the

following Order which has been entered on the docket of this Court (ECF 876):

> It is further ORDERED that the district court judgment is VACATED, and the matter is REMANDED to the district court with instructions to dismiss the case as moot.

The case against defendant Juan Orlando Hernandez is DISMISSED as moot.

SO ORDERED.

          _____
            P. Kevin Castel
          United States District Judge

Dated:  New York, New York
    April 14, 2026

1